1 Jeremy V. Richards (CA Bar No. 102300)
  Malhar S. Pagay (CA Bar No. 189289)
2 Scotta E. McFarland (CA Bar No. 165391)
  PACHULSKI STANG ZIEHL & JONES LLP
3 10100 Santa Monica Blvd., 11th Floor
  Los Angeles, California  90067-4100
4 Telephone: 310.277.6910
  Facsimile:  310.201.0760
5
  Attorneys for Thorpe Insulation Company, Debtor and
6 Debtor in Possession

7 John A Lapinski (CA Bar No. 71569)
  Leslie R. Horowitz (CA Bar No. 97630)
8 Stephen E. Hyam (CA Bar No. 198065)
  CLARK & TREVITHICK
9 800 Wilshire Blvd, Twelfth Floor
  Los Angeles, California 90017
10 Telephone: (213) 629 5700
   Facsimile:  (213) 624-9441
11
   Attorneys for Pacific Insulation Company,
   Debtor and Debtor in Possession

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS   AT LAW
LOS ANGELES , CALIFORNIA

**FILED & ENTERED**

**JAN 15 2008**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

12

13 **UNITED STATES BANKRUPTCY COURT**

14 **CENTRAL DISTRICT OF CALIFORNIA**

15 **LOS ANGELES DIVISION**

16 | In re | Case No.: 2:07-19271-BB |

17 | THORPE INSULATION COMPANY, [1] | (Jointly administered with Case No.:  02:07-20016-BB) |

18 | Debtor. | |

19 | | Chapter 11 |

20 | | **ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES** |

21 | | Date:       January 9, 2008 |

22 | | Time:       10:00 a.m. |

23 | | Place:       United States Bankruptcy Court 255 East Temple Street Courtroom 1475 |

24 | | Los Angeles, CA |

| | Judge:      Honorable Sheri Bluebond |

25

26

27 ───────────

[1] The Debtors are Thorpe Insulation Company, a California corporation, 5608 Bayshore Walk, Long Beach, CA  90803,
Fed. Tax I.D. No. 95-1559386 (Main Debtor) and Pacific Insulation Company, a California corporation, 2741 South
28 Yates Ave., Los Angeles, CA.  90040, Fed. Tax I.D. No. 95-4812741.

1    The hearing on the motion (the "Motion")[2] of the above-captioned debtors and debtors in

2  possession herein (the "Debtors") seeking an order establishing interim fee application and expense

3  reimbursement procedures, originally scheduled for hearing on December 12, 2007, came on for

4  hearing before the Court on January 9, 2008 at 10:00 a.m.  Appearances were as noted in the record.

5  Upon reviewing all of the papers and pleadings filed herein in support of the Motion and upon

6  considering the evidentiary record, the arguments of counsel on the record, and for the reasons set

7  forth in the Court's tentative ruling, as supplemented on the record at the hearing, and good cause

8  appearing therefore,

9    **IT IS HEREBY ORDERED** as follows:

10    1.    Except as expressly set forth herein, the Motion is granted.

11    2.    By no later than January 25, 2008, each Professional seeking the payment of interim

12  compensation shall file with the Court and serve on the Office of the United States Trustee, the

13  Debtors, counsel for the Debtors, counsel for the Committees and counsel for the Futures

14  Representative (collectively, the "Notice Parties") an application for interim compensation and

15  reimbursement of expenses (the "Initial Cover Sheet Application") covering the period of time from

16  October 15, 2007, the Thorpe petition date, or October 31, 2007, the Pacific petition date, as

17  applicable, through December 31, 2007.

18    3.    Commencing in the month of February, 2008 and continuing each month thereafter,

19  each Professional seeking the payment of interim compensation concerning the previous calendar

20  month shall file with the Court and serve on the Notice Parties an application for interim

21  compensation and reimbursement of expenses (the "Cover Sheet Application").  No Cover Sheet

22  Application shall be filed and served later than twenty-five (25) days after the end of the month for

23  which compensation is sought other than the Initial Cover Sheet Application and as further set forth

24  below.

25    4.    Each Cover Sheet Application, except the Initial Cover Sheet Application and as

26  otherwise specified below, shall relate only to services rendered and expenses incurred during the

27  prior month.  With respect to Professionals who are not Contingency Professionals, each Cover

28

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

Sheet Application shall seek payment of interim compensation in an amount equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the prior month; and shall indicate the amount requested, the total time expended, the names of the individuals who performed the services, and the hourly billing rate for each such individual.  Each Cover Sheet Application shall be accompanied by a detailed listing of the time expended by the individuals who performed the services and the costs incurred during the pertinent month.

5.      The proposed form for the Cover Sheet Application annexed to the Motion as **Exhibit "A"** is approved.

6.      Each Professional electing to file a Cover Sheet Application shall: (1) serve a copy of said Cover Sheet Application on the Notice Parties and (2) serve a notice of said Cover Sheet Application, substantially in the form of notice annexed to the Motion as **Exhibit "B"** (the "Notice") on any party who has requested special notice as of the date of the Notice (the "Special Notice Parties").

7.      The Debtors may elect to serve an omnibus Notice of Cover Sheet Applications (an "Omnibus Notice") in lieu of each Professional sending an individual Notice.  Should the Debtors so decide, any Omnibus Notice will be in substantially the same form as **Exhibit "B"** attached to the Motion.

8.      Any objection to the payment of fees or reimbursement of expenses in a Cover Sheet Application must be filed with the Court and served on the Professional whose Cover Sheet Application is the subject of the objection, the Office of the United States Trustee, the Debtors, counsel for the Debtor, counsel to the Committees and counsel for the Futures Representative within ten (10) calendar days of the date the Notice was mailed (the "Objection Period").  If no objection is timely filed and served within the Objection Period, the Cover Sheet Application shall be deemed approved on an interim basis, and the Debtors shall be authorized to make payment as requested therein within ten (10) calendar days following the expiration of the Objection Period, without the Court holding a hearing or entering any further order thereon.

9.      If an objection is timely filed and served, then the Debtors shall be authorized to make payment within ten (10) calendar days as requested in the Cover Sheet Application only of

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS   AT  LAW
LOS  ANGELES , CALIFORNIA

those amounts (or percentages) that are undisputed.  Any disputed amounts shall be considered by the Court at the next hearing to be held pursuant to paragraphs 11 and 12 below or at such other time as may be noticed by the Professional whose Cover Sheet Application is the subject of a timely filed written objection.

10.    Notwithstanding the monthly fee request and payment thereof pursuant to Cover Sheet Applications, within thirty (30) days after the end of the each four-month period, commencing with the period that ends February 29, 2008, each Professional who has elected to file a Cover Sheet Application or is otherwise seeking interim compensation shall file with the Court and serve on the Notice Parties an interim fee application with a summary of the activities of the Professional (the "Interim Application"), in accordance with section 331 of the Bankruptcy Code, Bankruptcy Rules 2016 and 2002(a)(6) the United States Trustee's Guidelines and the Local Bankruptcy Rules.  The Interim Applications may seek approval of up to one hundred percent (100%) (including the twenty percent (20%) held back from Cover Sheet Applications) of the requested interim compensation and reimbursement of expenses, including any compensation and reimbursement made pursuant to Cover Sheet Applications, during the prior four-month period.

11.    Within seven (7) calendar days following the last day for filing Interim Applications with respect to a particular four-month period, the Debtors' counsel shall file with the Court and serve on the Notice Parties and the Special Notice Parties a notice of the hearing on the Interim Applications that lists all of the Interim Applications filed with respect to that four-month period and sets forth the total amount of compensation for services rendered and reimbursement of expenses sought in each such Interim Application.  The Debtors shall give at least twenty (20) days notice by mail of any initial hearing on Interim Applications.

12.    For each subsequent four-month period, the Court shall hold a hearing on Interim Applications on dates to be determined.  At any such hearing, any party in interest who has timely filed a written objection that has not previously been resolved by the parties will be entitled to be heard upon its objection, as will the Professional whose fees or expenses are the object of said objection.  If an objection is sustained, or the Court otherwise so orders, the applicant shall disgorge to the Debtors any payments it may have received for fees or costs with respect to which such

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS  AT  LAW
LOS  ANGELES ,  CALIFORNIA

1   objection is sustained.  If an objection is not sustained and the fees or expenses approved, any unpaid

2   amount shall be paid promptly by the Debtors.

3        13.    Members of the Committees shall also be permitted to submit monthly Cover Sheet

4   Applications seeking interim payment of out of pocket expenses of members of the Committee.

5        14.    Notwithstanding any other provision herein, the Debtors are hereby authorized to pay

6   Contingency Professionals eighty percent (80%) of any contingent fee when earned without the

7   Contingency Professionals filing Cover Sheet Applications and the Debtors are authorized to

8   reimburse Contingency Professionals for all expenses incurred, up to a maximum of $50,000.00 per

9   each four-month period (the "Contingency Professional Expense Cap"), commencing with the period

10   that ends February 29, 2008, without obtaining Court approval.

11        15.    Contingency Professionals shall file Interim Applications, in the manner prescribed

12   for other Professionals as set forth above, pursuant to which the Contingency Professionals may seek

13   approval of up to one hundred percent (100%) (including the twenty percent (20%) held back from

14   any contingency fee earned) of the requested interim compensation and reimbursement of any

15   expenses in excess of the Contingency Professional Expense Cap, during the prior four-month

16   period.

17        16.    The failure of any party to raise an objection to the Cover Sheet Application or

18   Interim Application shall not be deemed a waiver of such objection for purposes of final applications

19   for allowance of fees and reimbursement of expenses pursuant to section 330 of the Bankruptcy

20   Code ("Final Applications").  Nothing in this Order or in the interim procedures set forth herein shall

21   relieve any Professional from the obligation to file Final Applications.

22

23

24

25

26

27

28

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS   AT LAW
LOS ANGELES ,  CALIFORNIA

1    17.    No ruling is being made at this time as to whether the Debtors may pay the approved

2    fees and expenses of the Professionals with funds held in Qualified Settlement Funds created by

3    insurance coverage settlements and insurance policy buybacks.  Any interested party shall have the

4    right to file at any time a further motion seeking authority for the Debtors or either of them to pay

5    approved fees and expenses of the Professionals and other administrative expenses of these chapter

6    11 estates with such funds.

7

8

**Submitted by:**

9

PACHULSKI STANG ZIEHL & JONES LLP

10    Attorneys for Thorpe Insulation Company
Debtor and Debtor in Possession

11

12    By:    /s/ *Jeremy V. Richards*
          Jeremy V. Richards

13

14    and

15

CLARK & TREVITHICK

16    Attorneys for Pacific Insulation Company
Debtor and Debtor in Possession

17

18    By:    /s/ *John Lapinski*
          John Lapinski

19

20

21                    ####

22

23

24

25

26    DATED: January 15, 2008

27                    _____
                    United States Bankruptcy Judge

28

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA              )
                                 )
3

COUNTY OF LOS ANGELES            )

4

5

      I, Myra Kulick, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California  90067-4100.

6

7

      On January 11, 2008, I caused to be served the

8

**ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

9

10

*Please see attached Service List*

11

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12

13

14

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

15

16

☐ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

17

18

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown.  The transmission was reported as complete and without error.  (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

19

20

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

21

22

☐ (BY OVERNIGHT DELIVERY) By sending by                    to the addressee(s) as indicated on the attached list.

23

24

      I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

25

      Executed on January 11, 2008, at Los Angeles, California.

26

27

                    */s/ Myra Kulick*
                       Myra Kulick

28

*PACHULSKI  STANG  ZIEHL  & JONES  LLP*
*ATTORNEYS  AT LAW*
*LOS ANGELES , CALIFORNIA*

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS  AT  LAW
LOS ANGELES , CALIFORNIA

1

**In re Thorpe Insulation Company**
**Chapter 11 Case No.:  2:07-bk-19271-BB**
**File No.:  84264.001**
**2002 Service List**

2

3

| | |
|---|---|
| Robert W. Fults | Charlton Clemmer |
| Thorpe Insulation Company | c/o Alan R. Brayton, Esq. |
| 2741 South Yates Avenue | Brayton Purcell LLP |
| Los Angeles, CA  90040 | 222 Rush Landing Rd. |
| | PO  Box 6169 |
| Charles J. Malaret | Novato, CA  94945 |
| Richard Warren Esterkin | |
| Michel Y. Horton | Victor Medina, Sr. |
| Morgan, Lewis & Bockius LLP | c/o Alan R. Brayton, Esq. |
| 300 South Grand Ave, 22nd Flr | Brayton Purcell LLP |
| Los Angeles, CA  90071-3132 | 222 Rush Landing Rd. |
| | PO  Box 6169 |
| Jeffrey S. Raskin | Novato, CA  94945 |
| Mitchell C. Lowe | |
| Morgan, Lewis & Bockius LLP | Susan Lee Snyder |
| One Market, Spear Street Tower | c/o David McClain, Esq. |
| San Francisco, CA  94105-1126 | Kazan, McClain, Abrams, Lyons, Farrise & Greenwood |
| Luther Kent Orton | 171 12th Street, Suite 300 |
| Snyder Miller & Orton LLP | Oakland, CA  94607 |
| 111 Sutter Street, Suite 1950 | |
| San Francisco, CA 94104 | John R. Miller |
| | c/o David A. Rosen, Esq. |
| John A. Lapinski, Esq. | Rose Klein & Marias, LLP |
| Leslie R. Horowitz, Esq. | 801 South Grand Avenue, 11th Floor |
| Clark & Trevithick | Los Angeles, CA  90017 |
| 800 Wilshire Blvd., Twelfth Floor | |
| Los Angeles, CA  90017-2617 | Paul Krause |
| | c/o Jerry Paul, Esq. |
| Farwest Insulation Contracting | Paul Hanley & Harley LLP |
| c/o Lawrence Alan Peitzman | 5716 Corsa Ave., Ste. 203 |
| Peitzman Weg & Kempinsky LLP | Westlake Village, CA  91362 |
| 10100 Santa Monica Blvd, Ste 1450 | |
| Los Angeles, CA 90067 | James M. Baker |
| | Peter A. Krause, Esq. |
| Russell Clementson | Waters & Kraus |
| Office of the United States Trustee | 3219 McKinney Avenue |
| 725 South Figueroa Street, | Dallas, Texas  75204 |
| 26th Floor | |
| Los Angeles, CA 90017 | Rachael Staniforth |
| | c/o Steve Baron, Esq. |
| David M. Wiseblood | Baron & Budd, P.C. |
| Seyfarth Shaw LLP | 3102 Oak Lawn Avenue, Suite 1100 |
| 560 Mission Street | Dallas, Texas  75219 |
| San Francisco, CA  94105 | |
| | Tamara Merrill |
| | c/o Ron C. Eddins, Esq. |
| | Simon Eddins & Greenstone, LLP |
| | 3232 McKinney Avenue, Suite 610 |
| | Dallas, Texas  75204 |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Dan Kwelberg | Steven P. Rice |
| | c/o Jerry Paul, Esq. | Queena Hu |
| 2 | Paul Hanley & Harley, LLP | Crowell & Moring LLP |
| | 5716 Corsa Avenue, Suite 203 | 3 Park Plaza, 20th Floor |
| 3 | Westlake Village, CA  91362 | Irvine, CA  92614 |

1
Dan Kwelberg
c/o Jerry Paul, Esq.
2
Paul Hanley & Harley, LLP
5716 Corsa Avenue, Suite 203
3
Westlake Village, CA  91362

Steven P. Rice
Queena Hu
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614

4
Garcia, Genaro Salvador
c/o Brayton Purcell LLP
5
222 Rush Landing Rd.
PO  Box 6169
6
Novato, CA  94948

Mark D. Plevin
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

7
David C. Christian II, Esq.
131 South Dearborn Street,
8
Suite 2400
Chicago, Illinois  60603-5577
9

Edward D. Vaisbort
G. David Rubin
Litchfield Cavo LLP
344 North Central Avenue
Glendale, CA  91203

10
Todd Jacobs, Esq.
Grippo & Elden LLC
111 S. Wacker Drive
11
Chicago, Illinois  60606
12

Thomas M. Crawford,
Kevin Titus, Katherine Lien
Litchfield Cavo LLP
303 West Madison, Suite 300
Chicago, Illinois  60606

Sarah Shields, Esq.
13
Carroll Burdick & McDonough LLP
44 Montgomery Street, Suite 400
San Francisco, CA  94104
14

Barry R. Ostrager
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017

15
Robert H. Berkes, Ronald R. Robinson
Berkes Crane Robinson & Seal LLP
515 South Figueroa Street, Ste 1500
16
Los Angeles, CA  90071

Deborah L. Stein
Robert J. Pfister
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA  90067

17
Janet A. Shapiro, Esq.
The Shapiro Law Firm
18
212 South Gale Drive
Beverly Hills, CA  90211
19

Leonrd P. Goldberger
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103

20
Arthur Schwartz, Esq.,
Matthew S. Foy, Esq.
and Phillip K. Wang, Esq.
21
Gordon & Rees, LLP
Embarcadero Center West
22
275 Battery Street, Suite 2000
San Francisco, CA  94111
23

Russell W. Roten
Jeff D. Kahane
Duane Morris LLP
633 West Fifth Street, Suite 4600
Los Angeles, CA  90071

24
Charles E. Wheeler
Cozen O'Connor
501 West Boradway, Suite 1610
25
San Diego, CA  92101-3557

Max H. Stern
Duane Morris LLP
One Market Spear Tower,
Suite 2000
San Francisco, CA  94105

26
William P. Shelley
Cozen O'Connor
27
1900 Market Street
Philadelphia, PA  19103-3508

28

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

| 1 | Alan R. Brayton, Esq. | Debra A. Dandeneau, Esq. |
| 2 | Christina C. Skubic<br>Clemmer, Charlton<br>c/o Brayton Purcell LLP | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153 |
| 3 | 222 Rush Landing Rd.<br>Novato, CA  94945 | |
| 4 | | Lawrence Bass, Esq.<br>Holme Roberts & Owen LLP |
| 5 | Primeshares<br>60 Madison Avenue, 2nd Floor | 1700 Lincoln, Suite 4100<br>Denver, Colorado  80203 |
| 6 | New York, NY  10011-1600 | |
| 7 | Brad A. Berish<br>Adelman & Gettleman, Ltd. | David C. Christian II, Esq.<br>Seyfarth Shaw LLP<br>131 South Dearborn Street |
| 8 | 53 W. Jackson Boulevard,<br>Suite 1050<br>Chicago, Illinois  60604 | Suite 2400<br>Chicago, Illinois  60603-5577 |
| 9 | Linda Bondi Morrison | Meryl R. Lieberman |
| 10 | Katherine K. Liner'<br>Tressler, Soderstrom, Maloney & Priess, LLP | Traub Lieberman Straus & Shrewsberry LLP<br>Mid Westchester Executive Park |
| 11 | 3070 Bristol Street, Suite 450<br>Costa Mesa, CA  92626 | Seven Skyline Drive<br>Hawthorne, NY 10532 |
| 12 | | Kevin P. McNamara |
| 13 | Ray L. Wong, Aron M. Oliner,<br>Geoffrey A. Heaton, Michael J. Dickman | Harrington Fox Dubrow & Canter<br>1055 W Seventh Street, 29th Floor |
| 14 | Duane Morris LLP<br>One Market, Spear Tower, Suite 2000 | Los Angeles, CA 90017 |
| 15 | San Francisco, CA 94105-1104 | Peter J. Logan, Jenna Settino,<br>Randall Berdan, Andrea Kendrick |
| 16 | Peter J. Benvenutti<br>Robert a. Trodella, Jr. | Kaufman & Logan<br>100 Spear Street, 12th Floor |
| 17 | Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878 | San Francisco, CA  94105 |
| 18 | | Thomas Jensen, Ted Sullivan,<br>William Davidson, Laurie Meyer |
| 19 | Margaret M. Mann<br>Heller Ehrman LLP | Lind Jensen Sullivan & Peterson<br>150 South Fifth Street, Suite 1700 |
| 20 | 4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122-1246 | Minneapolis, MN  55402 |
| 21 | Peter Van N. Lockwood | William C. Morison-Knox;<br>Morison-Knox Holden |
| 22 | Caplin & Drysdale<br>1 Thomas Circle N.W.<br>Washington, D.C. 20005 | 500 Ygnacio Valley Road, Suite 450<br>Walnut Creek, CA 94596 |
| 23 | | Devin A. McRae |
| 24 | Gary S. Fergus<br>Fergus, A Law Firm | Dorsey & Whitney<br>1717 Embarcadero Road |
| 25 | 595 Market Street, Suite 2430<br>San Francisco, California 94105 | Palo Alto, CA 94303 |
| 26 | Robert P. Kavanaugh | Bruce Winkelman<br>Craig & Winkelman |
| 27 | James S. Monroe<br>Queena C. Ho<br>Nixon Peabody LLP | 2001 Addison Street, Suite 300<br>Berkeley, CA 94704 |
| 28 | One Embarcadero Center, 18th Floor<br>San Francisco, CA  94111-3600 | |

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

1  Rolf Gilbertson                              Christopher Celentino
   Zelle Hofmann Voelbel Mason & Gette          Duane Morris LLP
2  500 Washington Avenue South,                 101 West Broadway, Ste. 5010
   Suite 4000                                   San Diego, CA  92101-8285
3  Minneapolis, MN 55415
                                                Ray L. Fong
4  Holly S. Burgess                             Geoffrey A. Heaton
   Selman Breitman LLP                          Duane Morris LLP
5  550 W. C Street, Suite 1950                  One Market St., Spear Tower, Ste. 2000
   San Diego, CA 92101                          San Francisco, CA 94105
6
   Jeffrey Judd                                 Attorneys for Employers Insurance Company of
7  O'Melveny & Myers LLP                        Wausau
   275 Battery Street, 26th Floor               Steven D. Allison
8  San Francisco, CA 94111                      Dorsey & Whitney LLP
                                                38 Technology Drive
9  Richard B. Goetz                             Irvine, California 92618
   Steven H. Bergman
10 O'Melveny & Myers LLP                        Steven J. Heim
   400 S. Hope Street                           Dorsey & whitney llp
11 Los Angeles, CA 90071                        50 South Sixth Street, Suite 1500
                                                Minneapolis, MN 55402-1498
12 Gregory T. LoCasale,
   Patricia B. Santelle, Majorie A. Weiss       Susan De la Cruz
13 White & Williams LLP                         Credit / Collection Manager
   1800 One Liberty Place                       Con-way Freight
14 Philadelphia, PA 19103                       5555 Rufe Snow Dr Site#5515
                                                North Richland Hills, TX 76180
15
                                                Attorneys for Maricopa County Treasurer
16                                              Gust Rosenfeld P.L.C.
                                                201 E. Washington, Ste. 800
17                                              Phoenix, AZ  85004-2327

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

Thorpe Insulation Company
2002 Email Service List

| Alan R. Brayton, Esq. | ABrayton@braytonlaw.com; |
|---|---|
| Arthur Schwartz, Esq. | aschwartz@gordonrees.com; |
| Barry R. Ostrager | bostrager@stblaw.com; |
| Brad A. Berish | bberish@ag-ltd.com; |
| Bruce Winkelman | bwinkelman@craig-winkelman.com; |
| Charles J. Malaret | cmalaret@morganlewis.com; |
| Charles Wheeler | cwheeler@cozen.com; |
| Charlton Clemmer | cclemmer@braytonlaw.com; |
| Charlton Clemmer and Victor Medina, Sr. c/o Alan R. Brayton, Esq. | abrayton@braytonlaw.com; |
| Christina C. Skubic | cskubic@braytonlaw.com; |
| Christopher Celentino | ccelentino@duanemorris.com; |
| David C. Christian II, Esq. | dchristian@seyfarth.com; |
| David M. Wiseblood | dwiseblood@seyfarth.com; |
| Deborah L. Stein | dstein@stblaw.com; |
| Debra A. Dandeneau | Debra.dandeneau@weil.com; |
| Devin A. McRae | Mcrae.devin@dorsey.com; |
| Edward D. Vaisbort | vaisbort@litchfieldcavo.com; |
| G. David Rubin | rubin@litchfieldcavo.com; |
| Gary S. Fergus | gfergus@ferguslegal.com; |
| Geoffrey A. Heaton | gheaton@duanemorris.com; |
| Gregory LoCasale | locasaleg@whiteandwilliams.com; |
| Gust Rosenfeld | mwanslee@gustlaw.com; |
| Holly S. Burgess | hburgess@selmanbreitman.com; |
| James M. Baker Peter A. Krause, Esq. | Kraus@WatersKraus.com; |
| James Miller | jmiller@smollp.com; |
| James S. Monroe | jmonroe@nixonpeabody.com; |
| Janet A. Shapiro, Esq. | ShapiroFirm@aol.com; |
| Jeff D. Kahane | jkahane@duanemorris.com; |
| Jeffrey Judd | jjudd@omm.com; |
| Jeffrey S. Raskin | jraskin@morganlewis.com; |
| Jenna Settino | jsettino@kllaw.com; |
| John A. Lapinski, Esq. | jlapinski@clarktrev.com; |
| John R. Miller c/o David A. Rosen, Esq. | D.Rosen@RKMLaw.com; |
| Katherine K. Liner | kliner@tsmp.com; |
| Katherine Lien | lien@litchfieldcavo.com; |
| Kevin P. McNamara | kmcnamara@hfdclaw.com; |
| Kevin Titus | titus@litchfieldcavo.com; |
| Laurie Meyer | Laurie.meyer@lindjensen.com; |
| Lawrence Bass | Lawrence.bass@hro.com; |
| Lawrence Peitzman | lpeitzman@pwkllp.com; |
| Leonard P. Goldberger | lpg@stevenslee.com; |
| Leslie R. Horowitz, Esq. | lhorowitz@clarktrev.com; |
| Linda Bondi Morrison | lmorrison@tsmp.com; |
| Luther Kent Orton | lorton@smollp.com; |
| Margaret M. Mann | margaret.mann@hellerehrman.com; |
| Mark D. Plevin | mplevin@crowell.com; |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| Matthew S. Foy, Esq. | mfoy@gordonrees.com; |
|---|---|
| Max H. Stern | mhstern@duanemorris.com; |
| Meryl R. Lieberman | mlieberman@traublieberman.com; |
| Michael J. Dickman | mjdickman@duanemorris.com; |
| Michel Y. Horton | mhorton@morganlewis.com; |
| Paul Krause<br>And Dan Kwelberg<br>c/o Jerry Paul, Esq. | JPaul@PHHLaw.com; |
| Peter J. Benvenutti | peter.benvenutti@hellerehrman.com; |
| Peter J. Logan | plogan@kllaw.com; |
| Peter Van N. Lockwood | pvnl@capdale.com; |
| Phillip K. Wang, Esq. | pwang@gordonrees.com; |
| Primeshares | ksync@primeshares.com; |
| Queena C. Ho | qho@nixonpeabody.com; |
| Queena Hu | qhu@crowell.com; |
| Rachael Staniforth<br>c/o Steve Baron, Esq. | Sbaron@BaronBudd.com; |
| Randall Berdan | Rberdan@kllaw.com; |
| Ray L. Wong | rlwong@duanemorris.com; |
| Richard Warren Esterkin | resterkin@morganlewis.com; |
| Richard Goetz | rgoetz@omm.com; |
| Robert a. Trodella, Jr. | robert.trodella@hellerehrman.com; |
| Robert H. Berkes | rberkes@bcrslaw.com; |
| Robert J. Pfister | rpfister@stblaw.com; |
| Robert P. Kavanaugh | rkavanaugh@nixonpeabody.com; |
| Robert W. Fults | rfults@pacificinsulation.com; |
| Rolf Gilbertson | rgilbertson@zelle.com; |
| Ron Eddins | reddins@seglaw.com; |
| Ronald R. Robinson | rrobinson@bcrslaw.com; |
| Russell Clementson | Russell.clementson@usdoj.gov; |
| Sarah Shields, Esq. | sshields@cbmlaw.com; |
| Steven D. Allison | allison.steven@dorsey.com; |
| Steven J. Heim | heim.steven@dorsey.com; |
| Steven P. Rice | srice@crowell.com; |
| Susan De la Cruz | cwycredit@con-way.com; |
| Susan Lee Snyder<br>c/o David McClain, Esq. | mailto:dmmcclain@kazanlaw.com; |
| Tamara Merrill c/o Ron C. Eddins, Esq. | Reddins@seglaw.com; |
| Ted Sullivan | Ted.sullivan@lindjensen.com; |
| Thomas Jensen | Thomas.jensen@lindjensen.com; |
| Thomas M. Crawford | Crawford@LitchfieldCavo.com; |
| Todd Jacobs, Esq. | tjacobs@grippoelden.com; |
| William C. Morison-Knox | wcm@morison-knox.com; th@morison-knox.com;<br>ww@morison-knox.com; |
| William P. Shelley | wshelley@cozen.com; |

## Parties not on 2002 list

| | ahami@morganlewis.com; |
|---|---|
| | aneilson@nixonpeabody.com; |
| Aron Oliner | roliner@duanemorris.com; |
| | bohorquez@litchfieldcavo.com; |
| | csantana@bcrslaw.com; |
| | dwillenburg@gordonrees.com; |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| | *elock@nixonpeabody.com;* |
| | *jbucheit@grippoelden.com;* |
| | *jriddle@nixonpeabody.com;* |
| | *jstockton@duanemorris.com;* |
| | *mdupuis@morganlewis.com;* |
| Orly Nhaissi | *onhaissi@omm.com;* |
| | *pjkillion@duanemorris.com;* |
| | *prmatthews@duanemorris.com;* |
| | *rbinion@cbmlaw.com;* |
| | *rode@cbmlaw.com;* |
| | *santellep@whiteandwilliams.com;* |
| | *sbergman@omm.com;* |
| Tancred Schiavoni | *TSchiavoni@OMM.com;* |
| | *tdevllin@gordonrees.com;* |
| | *vtricarico@clarktrev.com;* |
| | *weissm@whiteandwilliams.com;* |
| | *William.davidson@lindjensen.com;* |

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

1

## Service List for Entered Order

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| Attorneys for Debtor Thorpe Insulation<br>Jeremy V. Richards<br>Scotta E. McFarland<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA  90067<br>*Email:* *jrichards@pszjlaw.com*<br>        *smcfarland@pszjlaw.com* | |
| United States Trustee<br>Russell Clementson<br>Office of the United States Trustee<br>725 South Figueroa Street, 26th Floor<br>Los Angeles, CA 90017<br>*Email:  Russell.clementson@usdoj.gov* | |
| Attorneys for Pacific Insulation Company<br>(Debtor Affiliate)<br>John A. Lapinski, Esq.<br>Leslie R. Horowitz, Esq.<br>Clark & Trevithick<br>800 Wilshire Boulevard, Twelfth Floor<br>Los Angeles, CA  90017-2617<br>*Email:  jlapinski@clarktrev.com*<br>        *lhorowitz@clarktrev.com* | |
| Proposed Attorneys for Official Committee of<br>Unsecured Creditors<br>Peter J. Benvenutti<br>Robert a. Trodella, Jr.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>*Email:* *peter.benvenutti@hellerehrman.com*<br>        *robert.trodella@hellerehrman.com* | |
| Margaret M. Mann<br>Heller Ehrman LLP<br>4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122-1246<br>*Email:  margaret.mann@hellerehrman.com* | |
| Peter Van N. Lockwood<br>Caplin & Drysdale<br>1 Thomas Circle N.W.<br>Washington, D.C. 20005<br>*Email:  pvnl@capdale.com* | |

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS  AT  LAW
LOS  ANGELES , CALIFORNIA

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28