Steven P. Rice (State Bar No. 094321)
Queena Hu (State Bar No. 238925)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
Email: srice@crowell.com
qhu@crowell.com

Mark D. Plevin (State Bar No. 146278)
Cynthia L. Kendrick (Admitted *Pro Hac Vice*)
Leslie A. Davis (Admitted *Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: mplevin@crowell.com
ckendrick@crowell.com
ldavis@crowell.com

Attorneys for CHICAGO INSURANCE COMPANY
and FIREMAN'S FUND INSURANCE COMPANY

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THORPE INSULATION CO.,[1]<br><br>Debtor. | CASE NO. 2:07-19271-BB<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 2:07-20016-BB)<br><br>**DECLARATION OF QUEENA HU IN SUPPORT OF CERTAIN INSURERS' OBJECTION TO SOLICITATION, TABULATION, AND VOTING PROCEDURES PROPOSED BY DEBTORS'**<br><br>DATE: July 23, 2008<br>TIME: 2:00 p.m.<br>CTRM: 1475 |

[1] The Debtors are Thorpe Insulation Company, a California corporation, 5608 Bayshore Walk, Long Beach, CA 90803, Fed. Tax I.D. No. 95-1559386 (Main Debtor), and Pacific Insulation Company, a California Corporation, 2741 South Yates Ave., Los Angeles, CA 90040, Fed. Tax I.D. No. 95-4812741.

I, Queena Hu, hereby declare as follows:

1. I am an attorney with Crowell & Moring, attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company, parties in interest in the above-entitled proceeding.

2. I submit this declaration for the purpose of attaching certain materials cited in "Certain Insurers' Objection To Debtors' Motion For An Order (I) Establishing Procedures For Solicitation And Voting On Joint Plan Of Reorganization; (II) Approving Forms Of Ballots; (III) Approving Form and Scope of Notice; (IV) Establishing A Record Date For Voting Purposes Only; And (V) Setting Procedures And Deadlines For Confirmation Objections And Voting (Dkt. No. 1079)," filed herewith. I have personal knowledge of the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of the Notice of Subpoena Duces Tecum Without Deposition To Alan Brayton, Esq. Pursuant To Fed. R. Bankr. P. 9016 And Fed. R. Civ. P. 45 dated July 1, 2008.

3. Attached as Exhibit B is a true and correct copy of the Notice of Subpoena Duces Tecum Without Deposition To David McClain, Esq. Pursuant To Fed. R. Bankr. P. 9016 And Fed. R. Civ. P. 45 dated July 1, 2008.

4. Attached as Exhibit C is a true and correct copy of Mark D. Plevin's e-mail correspondence to Peter Benvenutti and Peter Van N. Lockwood dated July 2, 2008 regarding discovery relating to Debtors' Motion For An Order (I) Establishing Procedures For Solicitation And Voting On Joint Plan Of Reorganization; (II) Approving Forms Of Ballots; (III) Approving Form and Scope of Notice; (IV) Establishing A Record Date For Voting Purposes Only; And (V) Setting Procedures And Deadlines For Confirmation Objections And Voting.

5. Attached as Exhibit D is a true and correct copy of excerpts from Gibson, "Judicial Management of Mass Tort Bankruptcy Cases" (Fed. Jud. Ctr. 2005).

6. Attached as Exhibit E is a true and correct copy of Certification of Jake W. Harrell, Dkt. No. 1880, <u>In re Burns and Roe Enters., Inc.</u>, No. 00-41610 (RG) (Bankr. D.N.J.

Dec. 5, 2006).

7. Attached as Exhibit F is a true and correct copy of Certification of Deirdre Woulfe Pacheco, Esq. In Response to CNA's "Application to Shorten Time" to File Supplemental Brief, Dkt. No. 1884, In re Burns and Roe Enters., Inc., No. 00-41610 (RG) (Bankr. D.N.J. Dec. 7, 2006).

8. Attached as Exhibit G is a true and correct copy of Declaration of Arthur Luxenberg, Dkt. No. 1913, In re Burns and Roe Enters., Inc., No. 00-41610 (RG) (Bankr. D.N.J. Jan. 8, 2007).

9. Attached as Exhibit H is a true and correct copy of Reply Of Quigley Company, Inc. In Support Of Memorandum Of Law Regarding Classification Of Asbestos PI Claims, Dkt. No. 1195, In re Quigley Co., Inc., No. 04-15739 (SMB) (Bankr. S.D.N.Y. Aug. 3, 2007).

10. Attached as Exhibit I is a true and correct copy of Declaration of Professor Geoffrey C. Hazard, Jr. In Support Of Certain Insurers' Objection To Debtors' Motion For An Order (I) Establishing Procedures For Solicitation And Voting On Joint Plan Of Reorganization; (II) Approving Forms Of Ballots; (III) Approving Form and Scope of Notice; (IV) Establishing A Record Date For Voting Purposes Only; And (V) Setting Procedures And Deadlines For Confirmation Objections And Voting (Dkt. No. 1079).

10. Attached as Exhibit J is a true and correct copy of In re Sullivan & Lodge, No. 99-10501, 2002 WL 113864 (Bankr. N.D. Cal. Jan. 14, 2002).

11. Attached as Exhibit K is a true and correct copy of In re 3DJX Interative, Inc., No. 02-55795-RLE, 2007 WL 1591881 (Bankr. N.D. Cal. June 1, 2007).

12. Attached as Exhibit L is a true and correct copy of Cal. Eth. Op. 2002-160; 2002 WL 31161693 (Cal. St. Bar Comm. Prof. Resp).

13. Attached as Exhibit M is a true and correct copy of Motion for Order Under 11 U.S.C. Sections 105(a) and 502 and Fed. R. Bankr. P. 2002(a)(7), 3003(c), 9007 and 9008 Establishing Deadline For Filing Proofs of Claims and Approving Form and Manner of

Notice Thereof, Dkt. No. 378, In re Quigley Co., Inc., No. 04-15739 (PCB) (Bankr. S.D.N.Y. June 22, 2005).

14. Attached as Exhibit N is a true and correct copy of Affidavit of David J. Gordon In Support Of First Day Motions, Dkt. No. 2, In re The Flintkote Co., No. 04-11300 (JKF) (Bankr. D. Del. May 1, 2004).

15. Attached as Exhibit O is a true and correct copy of Declaration of Tinamarie Feil dated July 7, 2008.

16. Attached as Exhibit P is a true and correct copy of Transcript of Hearing, Dkt. No. 1090, In re Congoleum Corp., Case No. 03-51524 (Bankr. D.N.J. July 26, 2004).

17. Attached as Exhibit Q is a true and correct copy of Transcript of Hearing, Dkt. No. 1861, In re Congoleum Corp., Case No. 03-51524 (Bankr. D.N.J. Dec. 30, 2004).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008 in Irvine, California.

DATED: July 9, 2008

CROWELL & MORING LLP

By: */s/ Queena Hu*
Queena Hu

DC6040100