FILED & ENTERED

AUG 18 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley DEPUTY CLERK

RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
ABBY SCHWARTZ (S.B. #250244)
aschwartz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

TANCRED V. SCHIAVONI (*pro hac vice*)
tschiavoni@omm.com
GARY SVIRSKY (*pro hac vice*)
gsvirsky@omm.com
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

ALAN S. BERMAN (S.B. # 121954)
BERMAN & AIWASIAN
725 South Figueroa Street, Suite 1050
Los Angeles, California 90017
Telephone: (213) 833-3200
Facsimile: (213) 833-3230

*Attorneys for Motor Vehicle Casualty Company, Central National Insurance Company of Omaha, and Century Indemnity Company, successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THORPE INSULATION CO.,[1]<br><br>Debtor. | Case No. 2:07-19271-BB<br>Judge: Hon. S. Bluebond<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 2:07-20016-BB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL CLAIMANTS' ATTORNEYS TO SUBMIT RULE 2019 DISCLOSURES**<br><br>**Hearing Date: August 13, 2008** |

[1] The Debtors are Thorpe Insulation company, a California corporation, 5608 Bayshore Walk, Long Beach, CA 90803, Fed. Tax I.D. No. 95-1559386 (Main Debtor), and Pacific Insulation Company, a California Corporation, 2741 South Yates Ave., Los Angeles, CA 90040, Fed. Tax I.D. No. 95-4812741.

Upon the motion (the "Motion") of certain insurers (the "Insurers") to Compel Claimants' Attorneys to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019"); and upon reviewing and considering the Motion; any oppositions to the Motion, the record of these cases, and the arguments and representations of counsel, and any oral or documentary evidence presented at or prior to the time of the hearing on the Motion; and due and adequate notice of the Motion having been given, for the reasons stated on the record at the time of hearing on the Motion,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** to the extent set forth below and **DENIED** in all other respects.

2. If an attorney makes an appearance in this Court, whether by (a) casting a master ballot in connection with the plan of reorganization; (b) filing a proof of claim on behalf of more than one client; (c) filing a notice of appearance on behalf of more than one client; (d) filing a pleading or other document on behalf of more than one client; or (e) undertaking any other activity amounting to an appearance on behalf of more than one client, the attorney must file, with respect to each client on whose behalf the attorney is acting in this case, the disclosures required by Rule 2019(a) ("Rule 2019 Statement") by the later of the October 14, 2008 voting deadline or seven days after any of the above-described activities.

3. Having filed a notice of appearance and request for special notice in the above chapter 11 case on behalf of certain unnamed claimants, Brayton*Purcell must file a Rule 2019 Statement in accordance with this Order by October 14, 2008.

4. Subject to compliance with paragraph 5 below, the form of Rule 2019 Statement (Dkt. No. 1212) filed by Kazan, McClain, Abrams, Lyons & Greenwood, PLC ("Kazan McClain") is appropriate and contains sufficient information to satisfy the requirements of Rule 2019; and the Insurers' objections to the form and adequacy of the Rule 2019 Statement filed by Kazan McClain (including the objection to the use of exemplars of client retention agreements, as opposed to complete copies of all such agreements) are overruled.

5. Kazan McClain must file a declaration within two weeks of this Order's entry explaining the discrepancy between the number of claimants listed on that firm's Rule 2019 Statement (Dkt. No. 1212) and the number of claimants stated in name-partner David McClain's April 18, 2008 declaration (Dkt. No. 764).

6. If any attorney who represents more than one creditor in this case and who must submit a Rule 2019 Statement (a) fails timely to do so in accordance with this Order, or (b) submits a non-complying Rule 2019 Statement, the Court shall disallow any master ballot cast on behalf of such attorney's clients and/or may grant any other relief authorized under Rule 2019.

7. The obligation to comply with Rule 2019 and this Order is continuing, and all attorneys required to submit a Rule 2019 Statement shall file a supplemental statement promptly setting forth any material changes in the facts contained in the original Rule 2019 Statement.

8. A copy of this Order shall be sent out together with the plan solicitation package being served by August 20, 2008.

# # #

DATED: August 18, 2008

United States Bankruptcy Judge

## SERVICE LIST FOR ENTERED ORDER

**SERVED ELECTRONICALLY VIA ECF**

Lawrence Bass lawrence.bass@hro.com, kris.lundstrom@hro.com

Peter Benvenutti peter.benvenutti@hellerehrman.com, brett.stone@hellerehrman.com;gidget.moody@hellerehrman.com;00441-0002@hellerehrman.com;pvnl@capdale.com

Steven H Bergman sbergman@omm.com

Brad Berish bberish@ag-ltd.com

Christopher Celentino ccelentino@duanemorris.com

Michaeline H Correa michaeline.correa@hellerehrman.com

Leslie Epley Davis ldavis@crowell.com

Richard W Esterkin resterkin@morganlewis.com

Gary S Fergus gfergus@ferguslegal.com

David Guess dguess@ktbslaw.com

Adam C Hackett ahackett@tsmp.com

Geoffrey A Heaton gheaton@duanemorris.com

Harry D. Hochman hhochman@pszjlaw.com, hhochman@pszjlaw.com

Leslie R Horowitz lhorowitz@clarktrev.com

John A Lapinski jlapinski@clarktrev.com

Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com

Scotta E McFarland

**SERVED BY U.S. MAIL**

Steven D. Allison
38 Technology Dr.,
Irvine, CA 92618-5312

Steven H. Bergman
O'Melveny & Myers LLP
400 S Hope St.,
Los Angeles, CA 90071

Holly S. Burgess
Selman Breitman LLP
550 W C St., Ste 1950
San Diego, CA 92101

Thomas M Crawford
Litchfield Cavo LLP
303 W Madison, Ste 300
Chicago, IL 60606

Employers Insurance Of Wausau
C/O Steven J Heim
50 South Sixth St., Suite 1500
Minneapolis, MN 55402-1498

Leonard P Goldberger
1818 Market St., 29th Fl
Philadelphia, PA 19103-1702

Robert P Kavanaugh
Nixon Peabody LLP
One Embarcadero Ctr., 18th Fl
San Francisco, CA 94111

Meryl R Lieberman
Traub Lieberman Straus & Shrewsberry LLP
Mid Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532

Katherine Lien
Litchfield Cavo LLP
344 N Central Ave.,
Glendale, CA 91203

Charles J Malaret
Morgan Lewis & Bockius
300 S Grand Ave., 22nd Flr
Los Angeles, CA 90071-3132

smcfarland@pszjlaw.com,
smcfarland@pszjlaw.com

James S Monroe
jmonroe@nixonpeabody.com

Linda Bondi Morrison
lmorrison@tsmp.com

Aron M Oliner
roliner@duanemorris.com

Malhar S Pagay mpagay@pszjlaw.com,
mpagay@pszjlaw.com

Lawrence Peitzman
lpeitzman@pwkllp.com

Robert J Pfister rpfister@stblaw.com

Mark D Plevin mplevin@crowell.com

Jeremy V Richards
jrichards@pszjlaw.com

Karen Rinehart krinehart@omm.com

Nathan Q Rugg nrugg@ag-ltd.com

Abby Schwartz aschwartz@omm.com

Janet A Shapiro shapirofirm@aol.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Phillip K Wang
pwang@gordonrees.com

David M Wiseblood
dwiseblood@seyfarth.com

Kevin P McNamara
Harrington Foxx Dubrow & Canter
1055 W Seventh St., 29th fl
Los Angeles, CA 90017

Barry R Ostrager
Simpson Thacher & Bartlett LLP
425 Lexington Ave.,
New York, NY 10017

Primeshares
60 Madison Ave., 2nd Floor
New York, NY 10011-1600

Steven P Rice
Crowell & Moring LLP
3 Park Plaza, 20th Fl
Irvine, CA 92614

Russell W Roten
633 West 5th St., Ste 4600
Los Angeles, CA 90071

G David Rubin
344 N Grand Ave.,
Glendale, CA 91203

Christina C Skubic
Brayton & Purcell LLP
222 Rush Landing Rd.,
Novato, CA 94945

Deborah L Stein
Simpson Thacher & Bartlett LLP
1999 Ave of the Stars, 29th fl
Los Angeles, CA 90067

Edward D Vaisbort
Litchfield Cavo LLP
344 N Central Ave.,
Glendale, CA 91203

Stephen H Warren
400 S Hope St.,
Los Angeles, CA 90071

James Hunter
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

CWY Credit
Bankruptcy Dept.
Con-Way Freight
5555 Rufe Snow Dr.
North Richland Hills, TX 76180

William Goldberg
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603