Jeremy V. Richards (CA Bar No. 102300)
James K.T. Hunter (CA Bar No. 73369)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910; Fax: 310/201-0760
Counsel to Thorpe Insulation Company,
Debtor and Debtor in Possession

Peter Van N. Lockwood (DC Bar No. 086447)
Caplin & Drysdale, Chartered
1 Thomas Circle N.W.
Washington, D.C. 20005
Telephone: 202/862-5000; Fax: 202/429/3301
Counsel to Official Committees of Unsecured Creditors

John A Lapinski (CA Bar No. 71596)
Leslie R. Horowitz (CA Bar No. 97630)
CLARK & TREVITHICK
800 Wilshire Blvd, Twelfth Floor
Los Angeles, California 90017
Telephone: 213/ 629 5700; Fax: 213/ 624-9441
Counsel to Pacific Insulation Company,
Debtor and Debtor in Possession

Gary S. Fergus (CA Bar No. 95318)
Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94105
Telephone: 415/537-9032; Fax: 415/537-9038
Counsel to Futures Representative

Peter J. Benvenutti (CA Bar No. 60566)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6403; Fax: 415/772-1703
Counsel to Official Committees of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re

THORPE INSULATION COMPANY,[1]

Debtor.

Case No.: 2:07-19271-BB (Chapter 11)

(Jointly Administered with Case No. 2:07-20016-BB)

**DECLARATION OF JAMES K.T. HUNTER IN SUPPORT OF MOTION BY PLAN PROPONENTS THORPE INSULATION COMPANY, PACIFIC INSULATION COMPANY, OFFICIAL COMMITTEES OF UNSECURED CREDITORS AND FUTURES REPRESENTATIVE FOR PROTECTIVE ORDER FORBIDDING CHICAGO INSURANCE COMPANY AND FIREMAN'S FUND INSURANCE COMPANY FROM PROPOUNDING DISCOVERY RELATING TO, AND QUASHING SUBPOENAS DUCES TECUM SERVED IN CONNECTION WITH, PLAN CONFIRMATION**

---

[1] The Debtors are Thorpe Insulation Company, a California corporation, 5608 Bayshore Walk, Long Beach, CA 90803, Fed. Tax I.D. No. 95-1559386 (Main Debtor) and Pacific Insulation Company, a California corporation, 2741 South Yates Ave., Los Angeles, CA 90040, Fed. Tax I.D. No. 95-4812741.

Date: September 11, 2008
Time: 2:00 p.m.
Place: United States Bankruptcy Court
255 East Temple Street, Courtroom 1475
Los Angeles, California
Judge: Honorable Sheri Bluebond

I, James K.T. Hunter, declare as follows:

1. I am of counsel to Pachulski Stang Ziehl & Jones LLP, attorneys for Debtor Thorpe Insulation Company ("Thorpe"). I make this declaration based on my personal knowledge of these matters hereinafter set forth and, if called as a witness, I could and would testify competently thereto under oath.

2. Attached as Exhibits "1" through "25" hereto are true and correct copies of the twenty-five subpoenas duces tecum ("SDTs") served by Chicago Insurance Company ("CIC") and Fireman's Fund Insurance Company ("FFIC" and, collectively with CIC, "Certain Insurers") in order to obtain discovery pertaining to the First Amended Joint Plan of Reorganization of Thorpe Insulation Company and Pacific Insulation Company ("Plan") filed on behalf of Debtors Thorpe and Pacific Insulation Company ("Pacific" and, collectively with Thorpe, "Debtors"), Debtors' Official Committees of Unsecured Creditors ("Committees") and the Future Claims Representative ("FCR") and, collectively with Debtors and Committees, "Proponents"). The SDTs are attached in alphabetical order as follows:

a. Bayshore Partners, LLC (Exhibit "1");

b. Alan Brayton, Esq. (Exhibit "2");

c. Bucknell Stehlik Sato & Stubner LLP (Exhibit "3");

d. Clark & Trevithick,a professional law corporation (Exhibit "4");

e. Farwest Insulation Corporation (Exhibit "5");

f. First Regional Bank (Exhibit "6");

g. David Fults (Exhibit "7");

h. Debra Fults (Exhibit "8");

i. Eric Fults (Exhibit "9");

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

j. Linda Fults (Exhibit "10");

k. Robert Fults (Exhibit "11");

l. Stacie Fults (Exhibit "12");

m. Vicky Fults (Exhibit "13");

n. Higgins Marcus & Lovett, Inc. (Exhibit "14");

o. Richard James Hilfer, Esq. (Exhibit "15");

p. Inslee, Best, Doezie & Ryder, PS (Exhibit "16");

q. Lasher Holzapfel Sperry & Ebberson, PLLC (Exhibit "17");

r. David McClain, Esq. (Exhibit "18");

s. Mellon 1st Business Bank, N.A. (Exhibit "19");

t. Morgan Lewis & Bockius LLP (Exhibit "20");

u. Pachulski Stang Ziehl & Jones LLP (Exhibit "21");

v. Pacific Funding Group, LLC (Exhibit "22");

w. Peitzman Weg & Kempinsky, LLP (Exhibit "23");

x. Sheppard Mullin Richter & Hampton LLP (Exhibit "24");

y. Snyder Miller & Orton LLP (Exhibit "25")

3. All of the SDTs request some, but not all, of the following eleven categories (and fifteen subcategories) of documents, as labeled by Certain Insurers:

a. Thorpe's Formation and Operations;

b. Pacific's Formation and Operations;

c. Farwest's Formation and Operations;

d. Bayshore's Formation and Operations;

e. Relationship Between or Among Thorpe, Pacific and Farwest;

f. Retention of Thorpe Coverage Attorneys;

g. Contacts with Asbestos Claimants (subcategories: Insurance Matters, Including Matters Concerning FFIC and Continental; Asbestos Claims; Bankruptcy; FCR Retention; Future Claims; and Common Interest Agreement);

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

h. Other Plan-Specific Questions (<u>subcategories</u>: Plan Provisions Relating to FFIC and Continental; Business Loss; Farwest Contributions; Reorganized Debtor Contributions; TDPs; Going Concern; Valuation of Various Release/Waived Claims; Negotiations of Certain Plan Terms; and Insurance Neutrality Provision);

i. Plan Confirmation;

j. Voting/Solicitation; and

k. Documents Received from Thorpe/Pacific/Farwest.

4. Exhibit "26 is a schedule specifying for each Declaration which of the specific categories and subcategories are requested in which request numbers of that Declaration; and Exhibit "27" is a schedule cross-referencing for each specific category and subcategory the specific Declarations and request numbers wherein that category or subcategory is demanded.

5. Prior to the preparation of the instant Motion, I, on behalf of Proponents, in good faith conferred with counsel for Certain Insurers in an effort to see if it would be possible to agree to the retraction of all or any of the specific categories of documents that were included within the scope of the SDTs. That effort was not successful in that Certain Insurers' counsel was unwilling to so agree.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on August 18, 2008 at Los Angeles, California.

*/s/ James K.T. Hunter*
JAMES K.T. HUNTER

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA