Steven P. Rice (State Bar No. 94321)
Thy B. Bui (State Bar No. 256383)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone: (949) 263 8400
Facsimile: (949) 263 8414
Email: srice@crowell.com
tbui@crowell.com

Mark D. Plevin (State Bar No. 146278)
Cynthia L. Kendrick (Admitted Pro Hac Vice)
Leslie A. Davis (Admitted Pro Hac Vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: mplevin@crowell.com
ckendrick@crowell.com
ldavis@crowell.com

Attorneys for CHICAGO INSURANCE COMPANY and
FIREMAN'S FUND INSURANCE COMPANY

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THORPE INSULATION CO.,[1]<br><br>Debtor. | CASE NO. 2:07-19271-BB<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 2:07-20016-BB)<br><br>**DECLARATION OF MARK D. PLEVIN IN SUPPORT OF CERTAIN INSURERS' OPPOSITION TO PLAN PROPONENTS' MOTION TO FORBID DISCOVERY AND TO QUASH SUBPOENAS DUCES TECUM**<br><br>Date: September 11, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 1475 |

[1] The Debtors are Thorpe Insulation Company, a California corporation, 5608 Bayshore Walk, Long Beach, CA 90803, Fed. Tax I.D. No. 95-1559386 (Main Debtor), and Pacific Insulation Company, a California corporation, 2741 South Yates Ave., Los Angeles, CA 90040, Fed. Tax I.D. No. 95-4812741.

I, Mark D. Plevin, hereby declare as follows:

1. I am a partner at the law firm of Crowell & Moring LLP, attorneys for Chicago Insurance Company ("Chicago") and Fireman's Fund Insurance Company ("FFIC"), parties in interest in the above-entitled matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify thereto.

2. I submit this declaration in support of Certain Insurance Companies' Response to Plan Proponents' Motion to Forbid Discovery and to Quash Subpoenas Duces Tecum (the "Response").

3. Attached as Exhibits "1" through "3" hereto are true and correct copies of certain of the interrogatories and document requests served by certain insurers upon debtor Thorpe Insulation Company in connection with the insurers' forthcoming objections to the First Amended Joint Plan of Reorganization of Thorpe Insulation Company and Pacific Insulation Company (the "Plan"). Similar, although not identical, interrogatories and document requests were served by the same insurers on Pacific Insulation Company, the Official Committees of Unsecured Creditors, and the Future Claimants' Representative. Exhibits 1 and 2 were served on July 31, 2008; Exhibit 3 was served on August 11, 2008.

4. In addition, another insurer, Allstate, served interrogatories and requests for admissions relating to the Plan on all of the "Plan Proponents" on July 31, 2008.

5. Attached as Exhibit "4" hereto is an e-mail I sent to James K.T. Hunter, Esq., attorney for Thorpe Insulation Company, in response to Mr. Hunter's Declaration in Support of Motion by Plan Proponents Thorpe Insulation Company, Pacific Insulation Company, Official Committees of Unsecured Creditors and Futures Representative for Protective Order Forbidding Chicago Insurance Company and Fireman's Fund Insurance Company From Propounding Discovery Relating to, and Quashing Subpoenas Duces Tecum Served in Connection With, Plan Confirmation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2008 in Washington, D.C.

*/s/ Mark D. Plevin*
Mark D. Plevin

DC6276749.1