FILED
AUG 3 1 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

| | | |
|---|---|---|
| In Re: | ) | Case No. LA07-19271-BB |
| | ) | |
| THORPE INSULATION COMPANY, | ) | Los Angeles, California |
| | ) | Wednesday, |
| Debtor. | ) | August 20, 2008 |
| | ) | 10:00 a.m. |

APPLICATION TO EMPLOY LEGAL ANALYSIS SYSTEMS, INC. AS ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL UNSECURED CREDITORS COMMITTEE OF THORPE INSULATION COMPANY AND PACIFIC INSULATION COMPANY

MOTION TO CONTINUE HEARING ON APPLICATION TO EMPLOY LEGAL ANALYSIS SYSTEMS, INC.

PRETRIAL CONFERENCE RE: ORDER REMANDING THE NOTICE OF APPEAL FROM ORDER APPROVING THORPE INSULATION COMPANY'S APPLICATION TO EMPLOY SNYDER MILLER & ORTON LLP AND MORGAN LEWIS AND BOCKIUS LLP

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtor:

JAMES K.T. HUNTER, ESQ.
Pachulski, Stang, Ziehl & Jones
10100 Santa Monica Boulevard 11th Floor
Los Angeles, California 90067
(310) 277-6910

Proceedings recorded by electronic sound recording; transcript produced by transcription service.