FILED
SEP - 3 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

| | |
|---|---|
| In Re:<br><br>THORPE INSULATION COMPANY,<br><br>Debtor. | Case No. LA07-19271-BB<br><br>Los Angeles, California<br>Wednesday, August 13, 2008<br>10:00 a.m. |

MOTION TO COMPEL CLAIMANTS' ATTORNEYS TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

APPLICATION TO EMPLOY LEGAL ANALYSIS SYSTEMS, INC. AS ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL UNSECURED CREDITORS COMMITTEE OF THORPE INSULATION COMPANY AND PACIFIC INSULATION COMPANY

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For Argonaut Insurance Company: | G. DAVID RUBIN, ESQ.<br>Litchfield Cavo, LLP<br>344 North Central Avenue<br>Glendale, California 91203<br>(818) 630-5025 |
| For National Fire Insurance Company of Hartford and Continental Insurance Company: | ROBERT MILLIGAN, ESQ.<br>Seyfarth Shaw, LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5000 |

Proceedings recorded by electronic sound recording; transcript produced by transcription service.