Jeremy V. Richards (CA Bar No. 102300)
Harry D. Hochman (CA Bar No. 132515)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for Thorpe Insulation Company, Debtor and
Debtor in Possession

John A Lapinski (CA Bar No. 71596)
Leslie R. Horowitz (CA Bar No. 97630)
CLARK & TREVITHICK
800 Wilshire Blvd, Twelfth Floor
Los Angeles, California 90017
Telephone: (213) 629 5700
Facsimile: (213) 624-9441

Attorneys for Pacific Insulation Company,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THORPE INSULATION COMPANY, [1]<br><br>Debtors. | Case No.: 2:07-19271-BB<br>(Jointly administered with Case No.: 02:07-20016-BB)<br>Chapter 11<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR CERTAIN SETTLING INSURERS TO FILE OBJECTIONS TO THE PLAN PROPONENTS' PROPOSED (1) FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND (2) ORDER CONFIRMING FOURTH AMENDED PLAN OF REORGANIZATION**<br><br>[No hearing required] |

Thorpe Insulation Company ("Thorpe"), Pacific Insulation Company (together with Thorpe, the "Debtors"), the Official Committees of Unsecured Creditors and the Futures Representative

---

[1] The address for Thorpe Insulation Company is 5608 Bayshore Walk, Long Beach, CA 90803, Fed. Tax I.D. No. 95-1559386. The address for Pacific Insulation Company is 2741 South Yates Ave., Los Angeles, CA 90040, Fed. Tax I.D. No. 95-4812741.

84264-002\DOCS_LA:210577.1

appointed in the above-captioned cases (collectively, the "Proponents"), on the one hand, and General Insurance Company of America ("General Insurance"), Great American Insurance Company ("Great American"), Republic Indemnity Company of North America ("Republic" and, with Great American, "GAIC/Republic"), American Centennial Insurance Company ("American Centennial"), Argonaut Insurance Company ("Argonaut"), National Union Fire Insurance Company of Pittsburgh, PA ("National Fire"), and Granite State Insurance Company ("Granite State" and together with National Fire, the "AIG Companies" and collectively, General Insurance, American Centennial, GAIC/Republic, Argonaut and the AIG Companies, the "Certain Settling Insurers"), on the other hand, by and through their respective undersigned counsel, hereby represent and stipulate as follows:

A.  On April 13, 2009, the Proponents filed the *Third Amended Joint Plan of Reorganization of Thorpe Insulation Company and Pacific Insulation Company* (the "Plan") (Docket No. 2056).

B.  On May 20, 2008, November 25, 2008, June 1, 2009, and August 7, 2009, this Court entered orders approving the Debtors' settlements with GAIC/Republic and American Centennial, General Insurance, Argonaut, and the AIG Companies, respectively.

C.  At the September 17, 2009, hearing to consider the confirmation of the Plan, the Court continued the confirmation hearing to December 17, 2009, established October 15, 2009, as the deadline for the Proponents to lodge and file their proposed Findings of Fact and Conclusions of Law and their proposed Order regarding the confirmation of the Plan, and set November 5, 2009, as the deadline by which parties had to file any objections to the Proponents' proposed Findings of Fact and Conclusions of Law and their proposed Order regarding the confirmation of the Plan (the "Objection Deadline").

D.  On October 12, 2009, the Proponents filed the *Fourth Amended Joint Plan of Reorganization of Thorpe Insulation Company and Pacific Insulation Company* (Dated October 12, 2009) (the "Fourth Amended Plan") (Docket No. 2393).

E.  On October 15, 2009, the Proponents lodged and filed, with the *Notice of Lodging by Plan Proponents of (1) Proposed Findings of Fact and Conclusions of Law and (2) Order*

*Confirming Fourth Amended Joint Plan of Reorganization* (Docket No. 2397), their proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization of Thorpe Insulation Company and Pacific Insulation Company (the "Findings and Conclusions") and their proposed Order Confirming the Fourth Amended Plan of Reorganization (the "Confirmation Order").

F. On November 3, 2009, the Proponents and the Certain Settling Insurers entered into and Thorpe filed the *Stipulation to Extend Time for Certain Settling Insurers to File Objections to the Plan Proponents' Proposed (1) Findings of Fact and Conclusions of Law, and (2) Order Confirming Fourth Amended Plan of Reorganization* (the "Initial Stipulation") (Docket No. 2413), whereby the Proponents agreed to extend the Objection Deadline for the Certain Settling Insurers to November 10, 2009. No order approving the Initial Stipulation has yet been entered.

G. The Proponents and the Certain Settling Insurers are continuing their discussions regarding the form of the Findings and Conclusions and the Confirmation Order. In order to accommodate these ongoing discussions, the Proponents have agreed to further extend the Objection Deadline to November 13, 2009, for the Certain Settling Insurers only.

**STIPULATION**

WHEREFORE the parties stipulate and agree, subject to the approval of this Court, to extend the Certain Settling Insurers time to object to the Findings and Conclusions and the Confirmation Order until Friday, November 13, 2009.

Dated: November 2, 2009          PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Jeremy V. Richards
    Jeremy V. Richards
    Attorneys for Thorpe Insulation Company,
    Debtor and Debtor in Possession

Dated: November 9, 2009          CLARK & TREVITHICK

By  _____
    John A. Lapinski
    Attorneys for Pacific Insulation Company,
    Debtor and Debtor in Possession

Dated: November ___, 2009        JONES DAY

By  _____
    Peter J. Benvenutti
    Attorneys for the Official Committees of
    Unsecured Creditors

Dated: November ___, 2009        FERGUS, A LAW OFFICE

By  _____
    Gary S. Fergus
    Attorneys for the Futures Representative

Dated: November ___, 2009        BERKES CRANES ROBINSON & SEAL LLP

By  _____
    Ronald R. Robinson
    Attorneys for General Insurance Company
    of America

Dated: November ___, 2009        DUANE MORRIS LLP

By  _____
    Jeff D. Kahane
    Attorneys for American Centennial
    Insurance Company, Great American
    Insurance Company, and Republic
    Indemnity Company of North America

| | | |
|---|---|---|
| Dated: | November 2, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |

By  /s/ Jeremy V. Richards
    Jeremy V. Richards
    Attorneys for Thorpe Insulation Company,
    Debtor and Debtor in Possession

Dated: November ___, 2009    CLARK & TREVITHICK

By _____
    John A. Lapinski
    Attorneys for Pacific Insulation Company,
    Debtor and Debtor in Possession

Dated: November 9, 2009    JONES DAY

By  /s/ Peter J. Benvenutti
    Peter J. Benvenutti
    Attorneys for the Official Committees of
    Unsecured Creditors

Dated: November ___, 2009    FERGUS, A LAW OFFICE

By _____
    Gary S. Fergus
    Attorneys for the Futures Representative

Dated: November ___, 2009    BERKES CRANES ROBINSON & SEAL LLP

By _____
    Ronald R. Robinson
    Attorneys for General Insurance Company
    of America

Dated: November ___, 2009    DUANE MORRIS LLP

By _____
    Jeff D. Kahane
    Attorneys for American Centennial
    Insurance Company, Great American
    Insurance Company, and Republic
    Indemnity Company of North America

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 2, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |
| 3 | | By  /s/ Jeremy V. Richards |
| 4 | | Jeremy V. Richards<br>Attorneys for Thorpe Insulation Company,<br>Debtor and Debtor in Possession |
| 5 | | |
| 6 | Dated: November ___, 2009 | CLARK & TREVITHICK |
| 7 | | By _____ |
| 8 | | John A. Lapinski<br>Attorneys for Pacific Insulation Company,<br>Debtor and Debtor in Possession |
| 9 | | |
| 10 | Dated: November ___, 2009 | JONES DAY |
| 11 | | |
| 12 | | By _____ |
| 13 | | Peter J. Benvenutti<br>Attorneys for the Official Committees of<br>Unsecured Creditors |
| 14 | | |
| 15 | Dated: November 9, 2009 | FERGUS, A LAW OFFICE |
| 16 | | By  /s/ Gary S. Fergus |
| 17 | | Gary S. Fergus<br>Attorneys for the Futures Representative |
| 18 | Dated: November ___, 2009 | BERKES CRANES ROBINSON & SEAL LLP |
| 19 | | |
| 20 | | By _____ |
| 21 | | Ronald R. Robinson<br>Attorneys for General Insurance Company<br>of America |
| 22 | | |
| 23 | Dated: November ___, 2009 | DUANE MORRIS LLP |
| 24 | | |
| 25 | | By _____ |
| 26 | | Jeff D. Kahane<br>Attorneys for American Centennial<br>Insurance Company, Great American<br>Insurance Company, and Republic<br>Indemnity Company of North America |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: | November 2, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |

By   */s/ Jeremy V. Richards*
Jeremy V. Richards
Attorneys for Thorpe Insulation Company,
Debtor and Debtor in Possession

Dated:   November ___, 2009       CLARK & TREVITHICK

By   _____
John A. Lapinski
Attorneys for Pacific Insulation Company,
Debtor and Debtor in Possession

Dated:   November ___, 2009       JONES DAY

By   _____
Peter J. Benvenutti
Attorneys for the Official Committees of
Unsecured Creditors

Dated:   November ___, 2009       FERGUS, A LAW OFFICE

By   _____
Gary S. Fergus
Attorneys for the Futures Representative

Dated:   November 2, 2009        BERKES CRANES ROBINSON & SEAL LLP

By   /s/ Ronald R. Robinson
Ronald R. Robinson
Attorneys for General Insurance Company
of America

Dated:   November ___, 2009       DUANE MORRIS LLP

By   _____
Jeff D. Kahane
Attorneys for American Centennial
Insurance Company, Great American
Insurance Company, and Republic
Indemnity Company of North America

| | | |
|---|---|---|
| Dated: | November 2, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |

By  */s/ Jeremy V. Richards*
    Jeremy V. Richards
    Attorneys for Thorpe Insulation Company,
    Debtor and Debtor in Possession

Dated: November ___, 2009            CLARK & TREVITHICK

By _____
    John A. Lapinski
    Attorneys for Pacific Insulation Company,
    Debtor and Debtor in Possession

Dated: November ___, 2009            JONES DAY

By _____
    Peter J. Benvenutti
    Attorneys for the Official Committees of
    Unsecured Creditors

Dated: November ___, 2009            FERGUS, A LAW OFFICE

By _____
    Gary S. Fergus
    Attorneys for the Futures Representative

Dated: November ___, 2009            BERKES CRANES ROBINSON & SEAL LLP

By _____
    Ronald R. Robinson
    Attorneys for General Insurance Company
    of America

Dated: November ___, 2009            DUANE MORRIS LLP

By  */s/ Jeff D. Kahane*
    Jeff D. Kahane
    Attorneys for American Centennial
    Insurance Company, Great American
    Insurance Company, and Republic
    Indemnity Company of North America

84264-002\DOCS_LA:210577.1

| | | |
|---|---|---|
| 1 | Dated: November 9, 2009 | LITCHFIELD CAVO LLP |
| 2 | | |
| 3 | | By /s/ Kevin A. Titus |
| | | Kevin Titus |
| 4 | | Attorneys for Argonaut Insurance Company |
| 5 | Dated: November ___, 2009 | ZEICHNER ELLMAN & KRAUSE LLP |
| 6 | | |
| 7 | | By _____ |
| | | Michael S. Davis |
| 8 | | Attorneys for National Union Fire Insurance Company of Pittsburgh, PA and Granite State Insurance Company |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

84264-002\DOCS_LA:210577.1

5

1  Dated: November ___, 2009            LITCHFIELD CAVO LLP

   By _____
   Kevin Titus
   Attorneys for Argonaut Insurance
   Company

5  Dated: November 9, 2009              ZEICHNER ELLMAN & KRAUSE LLP

   By /s/ Michael S. Davis
   Michael S. Davis
   Attorneys for National Union Fire
   Insurance Company of Pittsburgh, PA and
   Granite State Insurance Company

84264-002\DOCS_LA:210577.1

5

| In re:<br>Thorpe Insulation Company, | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:07-19271-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described ***STIPULATION TO FURTHER EXTEND TIME FOR CERTAIN SETTLING INSURERS TO FILE OBJECTIONS TO THE PLAN PROPONENTS' PROPOSED (1) FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND (2) ORDER CONFIRMING FOURTH AMENDED PLAN OF REORGANIZATION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 9, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 9, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 9, 2009 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:<br>Thorpe Insulation Company,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:07-19271-BB |
|---|---|

**2:07-bk-19271-BB Notice will be electronically mailed to:**

Lawrence Bass on behalf of Creditor Johns Manville
lawrence.bass@hro.com, kris.lundstrom@hro.com

Peter Benvenutti on behalf of Creditor Committee Caplin & Drysdale
pjbenvenutti@jonesday.com, bstone@jonesday.com;gmoody@jonesday.com;pvnl@capdale.com

Peter Benvenutti on behalf of Creditor Committee Heller Ehrman LLP
peter.benvenutti@hellerehrman.com, bstone@jonesday.com;gmoody@jonesday.com;pvnl@capdale.com

Steven H Bergman on behalf of Creditor Central National Insurance Company of Omaha
sbergman@omm.com

Brad Berish on behalf of Defendant Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
bberish@ag-ltd.com

Christopher Celentino on behalf of Creditor Transport Insurance Co
ccelentino@duanemorris.com

Louis J Cisz on behalf of Creditor Maine Bonding Insurance Co.
lcisz@nixonpeabody.com

Jeffrey V Commisso on behalf of Creditor Owens-Illinois, Inc.
jcommisso@schiffhardin.com

Michaeline H Correa on behalf of Creditor Committee Heller Ehrman LLP
mcorrea@jonesday.com

Leslie Epley Davis on behalf of Creditor CHICAGO INSURANCE COMPANY
ldavis@crowell.com

Richard W Esterkin on behalf of Debtor Thorpe Insulation Company
resterkin@morganlewis.com

Gary S Fergus on behalf of Interested Party Courtesy NEF
gfergus@ferguslegal.com

Matthew S Foy on behalf of Defendant Granite State Insurance Company
mfoy@gordonrees.com

David Guess on behalf of Debtor Thorpe Insulation Company
dguess@ktbslaw.com

Taline M Gulesserian on behalf of Creditor Argonaut Insurance Company
gulesserian@litchfieldcavo.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:<br>Thorpe Insulation Company,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:07-19271-BB |
|---|---|

Adam C Hackett on behalf of Defendant Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
ahackett@tsmp.com

Geoffrey A Heaton on behalf of Creditor Transport Insurance Company
gheaton@duanemorris.com

Matthew Heyn on behalf of Debtor Thorpe Insulation Company
mheyn@ktbslaw.com

Harry D. Hochman on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
hhochman@pszjlaw.com, hhochman@pszjlaw.com

Leslie R Horowitz on behalf of Attorney John Lapinski
lhorowitz@clarktrev.com

James K T Hunter on behalf of Debtor Thorpe Insulation Company
jhunter@pszyjw.com

Stephen M Judson on behalf of Creditor BERRY & BERRY
sjudson@fablaw.com

Jeff D Kahane on behalf of Creditor American Centennial Insurance Company
jkahane@duanemorris.com

John A Lapinski on behalf of Accountant Moore Stephens Wurth Frazer & Torbert, LLP
jlapinski@clarktrev.com

Katherine Lien on behalf of Creditor Argonaut Insurance Company
katie.lien@sbcglobal.net, katielien@gmail.com

Craig G Margulies on behalf of Creditor Argo Group US
cmargulies@lm-lawyers.com

Scotta E McFarland on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

David W. Meadows on behalf of Creditor Kay Clemmer
david@davidwmeadowslaw.com

James S Monroe on behalf of Creditor Maine Bonding and Casualty Co
jmonroe@nixonpeabody.com

Linda Bondi Morrison on behalf of Defendant Allstate Insurance
lmorrison@tsmp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                               **F 9013-3.1**

| In re: Thorpe Insulation Company, Debtor(s). | CHAPTER 11 CASE NUMBER: 2:07-19271-BB |
|---|---|

Aron M Oliner on behalf of Defendant Transport Insurance Company
roliner@duanemorris.com

Malhar S Pagay on behalf of Debtor Thorpe Insulation Company
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Lawrence Peitzman on behalf of Defendant Farwest Insulation Contracting
lpeitzman@pwkllp.com

Robert J Pfister on behalf of Creditor Employers Reinsurance Corp
rpfister@stblaw.com, achristian@stblaw.com

Mark D Plevin on behalf of Creditor Associated International Insurance Company
mplevin@crowell.com

Richard F Rescho on behalf of Interested Party Christopher Grell
kjauyoung@yahoo.com

Jeremy V Richards on behalf of Debtor Thorpe Insulation Company
jrichards@pszjlaw.com, bdassa@pszjlaw.com

Karen Rinehart on behalf of Creditor Central National Insurance Company of Omaha
krinehart@omm.com

Nathan Q Rugg on behalf of Interested Party Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
nrugg@ag-ltd.com

Abby Schwartz on behalf of Creditor California Union Insurance Company
aschwartz@omm.com

Janet A Shapiro on behalf of Defendant General Insurance Company of America
shapirofirm@aol.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Phillip K Wang on behalf of Creditor Insurance Company of the State of Pennsylvania
pwang@duanemorris.com

Kimberly S Winick on behalf of Interested Party Pacific Insulation Company
kwinick@clarktrev.com

David M Wiseblood on behalf of Creditor Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company and Transcontinental Insurance Company
dwiseblood@seyfarth.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| Thorpe Insulation Company, | |
| Debtor(s). | CASE NUMBER: 2:07-19271-BB |

**Notice will be sent by email to:**

*Please see attached Email Service List*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

Thorpe Insulation Company
2002 Email Service List

| Name | Email Address |
| --- | --- |
| Alan S. Berman | *alan.berman@mclolaw.com* |
| Alan R. Brayton, Esq. | *ABrayton@braytonlaw.com;* |
| Arthur Schwartz, Esq. | *aschwartz@gordonrees.com;* |
| Barry R. Ostrager | *bostrager@stblaw.com;* |
| Brad A. Berish | *bberish@ag-ltd.com;* |
| Brett Stone | *bstone@jonesday.com* |
| Bruce Winkelman | *bwinkelman@craig-winkelman.com;* |
| Christopher Celentino | *ccelentino@duanemorris.com* |
| Charles J. Malaret | *cmalaret@morganlewis.com;* |
| Charles Wheeler | *cwheeler@cozen.com;* |
| Charlton Clemmer and Victor Medina, Sr. c/o Alan R. Brayton, Esq. | *abrayton@braytonlaw.com;* |
| Christina C. Skubic | *cskubic@braytonlaw.com;* |
| Christopher Celentino | *ccelentino@duanemorris.com;* |
| Craig G. Margulies | *cmargulies@lm-lawyers.com* |
| David C. Christian II, Esq. | *dchristian@seyfarth.com;* |
| David M. Wiseblood | *dwiseblood@seyfarth.com;* |
| Deborah L. Stein | *dstein@stblaw.com;* |
| Debra A. Dandeneau | *Debra.dandeneau@weil.com;* |
| Devin A. McRae | *Mcrae.devin@dorsey.com;* |
| Edward D. Vaisbort | *vaisbort@litchfieldcavo.com;* |
| G. David Rubin | *rubin@litchfieldcavo.com;* |
| Gary S. Fergus | *gfergus@ferguslegal.com;* |
| Adam Hackett | *ahackett@tresslerllp.com* |
| Geoffrey A. Heaton | *gheaton@duanemorris.com;* |
| Gregory LoCasale | *locasaleg@whiteandwilliams.com;* |
| Holly S. Burgess | *hburgess@selmanbreitman.com;* |
| James Miller | *jmiller@smollp.com;* |
| James S. Monroe | *jmonroe@nixonpeabody.com;* |
| Janet A. Shapiro, Esq. | *ShapiroFirm@aol.com;* |
| Jeff D. Kahane | *jkahane@duanemorris.com;* |
| Jeffrey Judd | *jjudd@omm.com;* |
| Jeffrey S. Raskin | *jraskin@morganlewis.com;* |
| Jeffrey Richmond | *Jeff.richmond@hellerehrman.com;* |
| Jenna Settino | *jsettino@kllaw.com;* |
| John A. Lapinski, Esq. | *jlapinski@clarktrev.com;* |
| John R. Miller c/o David A. Rosen, Esq. | *D.Rosen@RKMLaw.com;* |
| Katherine K. Liner | *kliner@tresslerllp.com;* |
| Katherine Lien | *katie.lien@sbcglobal.net; katielien@gmail.com;* |
| Kevin P. McNamara | *kmcnamara@hfdclaw.com;* |

1

| | |
|---|---|
| Kenneth Klee | *kklee@ktbslaw.com:* |
| Kevin Titus | *titus@litchfieldcavo.com;* |
| Laurie Meyer | *Laurie.meyer@lindjensen.com;* |
| Lawrence Bass | *lbass@faegre.com;* |
| Lawrence Peitzman | *lpeitzman@pwkllp.com;* |
| Leonard P. Goldberger | *lpg@stevenslee.com;* |
| Leslie R. Horowitz, Esq. | *lhorowitz@clarktrev.com;* |
| Luther Kent Orton | *lorton@smollp.com;* |
| Madeleine C. Wanslee | *mwanslee@gustlaw.com* |
| Mark D. Plevin | *mplevin@crowell.com;* |
| Matthew S. Foy, Esq. | *mfoy@gordonrees.com;* |
| Matthew Zandi | *mzandi@nixonpeabody.com* |
| Max H. Stern | *mhstern@duanemorris.com;* |
| Meryl R. Lieberman | *mlieberman@traublieberman.com;* |
| Michael J. Dickman | *mjdickman@duanemorris.com;* |
| Michaeline H. Correa | *mcorrea@jonesday.com* |
| Michel Y. Horton | *mhorton@morganlewis.com;* |
| Paul Krause<br>And Dan Kwelberg<br>c/o Jerry Paul, Esq. | *JPaul@PHHLaw.com;* |
| Peter A. Krause, Esq. | *Kraus@WatersKraus.com;* |
| Peter J. Benvenutti | *pjbenvenutti@hellerehrman.com;* |
| Peter Van N. Lockwood | *pvnl@capdale.com;* |
| Phillip K. Wang, Esq. | *pwang@duanemorris.com;* |
| Primeshares | *ksync@primeshares.com;* |
| Queena C. Ho | *qho@nixonpeabody.com;* |
| Queena Hu | *qhu@crowell.com;* |
| Rachael Staniforth<br>c/o Steve Baron, Esq. | *Sbaron@BaronBudd.com;* |
| Randall Berdan | *Rberdan@kllaw.com;* |
| Ray L. Wong | *rlwong@duanemorris.com;* |
| Richard Warren Esterkin | *resterkin@morganlewis.com;* |
| Richard Goetz | *rgoetz@omm.com;* |
| Robert A. Trodella, Jr. | *rtrodella@jonesday.com;* |
| Robert H. Berkes | *rberkes@bcrslaw.com;* |
| Robert J. Pfister | *rpfister@stblaw.com;* |
| Robert P. Kavanaugh | *rkavanaugh@nixonpeabody.com;* |
| Robert W. Fults | *rfults@pacificinsulation.com;* |
| Rolf Gilbertson | *rgilbertson@zelle.com;* |
| Ron Eddins | *reddins@seglaw.com;* |
| Ronald R. Robinson | *rrobinson@bcrslaw.com;* |
| Russell Clementson | *Russell.clementson@usdoj.gov;* |
| Steven D. Allison | *allison.steven@dorsey.com;* |
| Steven J. Heim | *heim.steven@dorsey.com;* |
| Steven P. Rice | *srice@crowell.com;* |
| Susan De la Cruz | *cwycredit@con-way.com;* |

2

84264-001\DOCS_LA:174885.2

| | |
|---|---|
| Susan Lee Snyder c/o David McClain, Esq. | *mailto:dmmcclain@kazanlaw.com;* |
| Tamara Merrill c/o Ron C. Eddins, Esq. | *Reddins@seglaw.com;* |
| Ted Sullivan | *Ted.sullivan@lindjensen.com;* |
| Thomas Jensen | *Thomas.jensen@lindjensen.com;* |
| Thomas M. Crawford | *Crawford@LitchfieldCavo.com;* |
| Thomas Patterson | *tpatterson@ktbslaw.com;* |
| Todd Jacobs, Esq. | *tjacobs@grippoelden.com;* |
| William C. Morison-Knox | *wcm@morison-knox.com; th@morison-knox.com; ww@morison-knox.com;* |
| William P. Shelley | *wshelley@cozen.com;* |

**Parties not on 2002 list**

| | |
|---|---|
| | *ahami@morganlewis.com;* |
| | *aneilson@nixonpeabody.com;* |
| Abby Schwartz | *aschwartz@omm.com;* |
| Aron Oliner | *roliner@duanemorris.com;* |
| | *bohorquez@litchfieldcavo.com;* |
| | *csantana@bcrslaw.com;* |
| | *dwillenburg@gordonrees.com;* |
| | *elock@nixonpeabody.com;* |
| | *gssvirsky@omm.com;* |
| | *jbucheit@grippoelden.com;* |
| | *jdejonker@seyfarth.com;* |
| Jerry Paul | *jpaul@phhlaw.com* |
| | *jriddle@nixonpeabody.com;* |
| | *jstockton@duanemorris.com;* |
| Michael Davis | *mdavis@zeklaw.com* |
| | *mdupuis@morganlewis.com;* |
| Orly Nhaissi | *onhaissi@omm.com;* |
| | *pjkillion@duanemorris.com;* |
| Philip R. Matthews | *prmatthews@duanemorris.com;* |
| Robert Binion | *rbinion@cbmlaw.com;* |
| Rodney L. Eshelman | *rode@cbmlaw.com;* |
| | *santellep@whiteandwilliams.com;* |
| | *sbergman@omm.com;* |
| Tancred Schiavoni | *TSchiavoni@OMM.com;* |
| | *tdevllin@gordonrees.com;* |
| | *vtricarico@clarktrev.com;* |
| | *weissm@whiteandwilliams.com;* |
| | *William.davidson@lindjensen.com;* |

3