1  Jeremy V. Richards (CA Bar No. 102300)
2  Harry D. Hochman (CA Bar No. 132515)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
4  Telephone: (310) 277-6910
   Facsimile:  (310) 201-0760
5
   Attorneys for Thorpe Insulation Company, Debtor and
6  Debtor in Possession

7  John A Lapinski (CA Bar No. 71596)
   Leslie R. Horowitz (CA Bar No. 97630)
8  CLARK & TREVITHICK
   800 Wilshire Blvd, Twelfth Floor
9  Los Angeles, California 90017
   Telephone: (213) 629 5700
10 Facsimile:  (213) 624-9441

11 Attorneys for Pacific Insulation Company,
12 Debtor and Debtor in Possession

13         **UNITED STATES BANKRUPTCY COURT**

14         **CENTRAL DISTRICT OF CALIFORNIA**

15              **LOS ANGELES DIVISION**

16 In re                          Case No.: 2:07-19271-BB
                                  (Jointly administered with Case No.:
17 THORPE INSULATION COMPANY, [1]  02:07-20016-BB)
                                  Chapter 11
18         Debtors.

19                                **ORDER APPROVING STIPULATION
                                  TO FURTHER EXTEND TIME FOR
20                                CERTAIN SETTLING INSURERS TO
                                  FILE OBJECTIONS TO THE PLAN
21                                PROPONENTS' PROPOSED (1)
                                  FINDINGS OF FACT AND
22                                CONCLUSIONS OF LAW, AND (2)
                                  ORDER CONFIRMING FOURTH
23                                AMENDED PLAN OF
                                  REORGANIZATION**

24

25                                [No hearing required]

26

27 _____

28 [1] The address for Thorpe Insulation Company is 5608 Bayshore Walk, Long Beach, CA  90803, Fed. Tax I.D. No. 95-1559386.  The address for Pacific Insulation Company is 2741 South Yates Ave., Los Angeles, CA 90040, Fed. Tax I.D. No. 95-4812741.

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS   AT LAW
LOS ANGELES , CALIFORNIA

FILED & ENTERED

NOV 15 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley      DEPUTY CLERK

The Court, having considered the Stipulation to Further Extend Time for Certain Settling Insurers to File Objections to the Plan Proponents' Proposed (1) Findings of Fact and Conclusions of Law, and (2) Order Confirming Fourth Amended Plan of Reorganization (the "Stipulation")[2] [Docket No. 2432] and good cause appearing therefore,

**IT IS ORDERED, ADJUDGED AND DECREED,**

1.    The Stipulation is approved.

2.    The deadline for the Certain Settling Insurers to file objections to the proposed Findings and Conclusions and the proposed Confirmation Order is extended to November 13, 2009.

<p style="text-align:center">###</p>

DATED: November 15, 2009

_____
United States Bankruptcy Judge

[2] Capitalized terms not otherwise defined herein shall have the meaning given them in the Stipulation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| In re:<br>Thorpe Insulation Company<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER 2:07-19271-BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California  90067**

The foregoing document described ***ORDER APPROVING STIPULATION TO FURTHER EXTEND TIME FOR CERTAIN SETTLING INSURERS TO FILE OBJECTIONS TO THE PLAN PROPONENTS' PROPOSED (1) FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND (2) ORDER CONFIRMING FOURTH AMENDED PLAN OF REORGANIZATION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

<div align="right">☐ Service information continued on attached page</div>

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

<div align="right">☐ Service information continued on attached page</div>

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 9, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Sheri Bluebond
United States Bankruptcy Judge
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012

<div align="right">☒ Service information continued on attached page</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 9, 2009 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
84264-002\DOCS_LA:210632.1

**F 9013-3.1**

| In re:<br>Thorpe Insulation Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:07-19271-BB |

Thorpe Insulation Company
2002 Email Service List

| Name | Email Address |
|---|---|
| Alan S. Berman | *alan.berman@mclolaw.com* |
| Alan R. Brayton, Esq. | *ABrayton@braytonlaw.com;* |
| Arthur Schwartz, Esq. | *aschwartz@gordonrees.com;* |
| Barry R. Ostrager | *bostrager@stblaw.com;* |
| Brad A. Berish | *bberish@ag-ltd.com;* |
| Brett Stone | *bstone@jonesday.com* |
| Bruce Winkelman | *bwinkelman@craig-winkelman.com;* |
| Christopher Celentino | *ccelentino@duanemorris.com* |
| Charles J. Malaret | *cmalaret@morganlewis.com;* |
| Charles Wheeler | *cwheeler@cozen.com;* |
| Charlton Clemmer<br>and Victor Medina, Sr.<br>c/o Alan R. Brayton, Esq. | *abrayton@braytonlaw.com;* |
| Christina C. Skubic | *cskubic@braytonlaw.com;* |
| Christopher Celentino | *ccelentino@duanemorris.com;* |
| Craig G. Margulies | *cmargulies@lm-lawyers.com* |
| David C. Christian II, Esq. | *dchristian@seyfarth.com;* |
| David M. Wiseblood | *dwiseblood@seyfarth.com;* |
| Deborah L. Stein | *dstein@stblaw.com;* |
| Debra A. Dandeneau | *Debra.dandeneau@weil.com;* |
| Devin A. McRae | *Mcrae.devin@dorsey.com;* |
| Edward D. Vaisbort | *vaisbort@litchfieldcavo.com;* |
| G. David Rubin | *rubin@litchfieldcavo.com;* |
| Gary S. Fergus | *gfergus@ferguslegal.com;* |
| Adam Hackett | *ahackett@tresslerllp.com* |
| Geoffrey A. Heaton | *gheaton@duanemorris.com;* |
| Gregory LoCasale | *locasaleg@whiteandwilliams.com;* |
| Holly S. Burgess | *hburgess@selmanbreitman.com;* |
| James Miller | *jmiller@smollp.com;* |
| James S. Monroe | *jmonroe@nixonpeabody.com;* |
| Janet A. Shapiro, Esq. | *ShapiroFirm@aol.com;* |
| Jeff D. Kahane | *jkahane@duanemorris.com;* |
| Jeffrey Judd | *jjudd@omm.com;* |
| Jeffrey S. Raskin | *jraskin@morganlewis.com;* |
| Jeffrey Richmond | *Jeff.richmond@hellerehrman.com;* |
| Jenna Settino | *jsettino@kllaw.com;* |
| John A. Lapinski, Esq. | *jlapinski@clarktrev.com;* |
| John R. Miller<br>c/o David A. Rosen, Esq. | *D.Rosen@RKMLaw.com;* |
| Katherine K. Liner | *kliner@tresslerllp.com;* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| Katherine Lien | katie.lien@global.net; katielien@gmail.com; |
|---|---|
| Kevin P. McNamara | kmcnamara@hfdclaw.com; |
| Kenneth Klee | kklee@ktbslaw.com; |
| Kevin Titus | titus@litchfieldcavo.com; |
| Laurie Meyer | Laurie.meyer@lindjensen.com; |
| Lawrence Bass | lbass@faegre.com; |
| Lawrence Peitzman | lpeitzman@pwkllp.com; |
| Leonard P. Goldberger | lpg@stevenslee.com; |
| Leslie R. Horowitz, Esq. | lhorowitz@clarktrev.com; |
| Luther Kent Orton | lorton@smollp.com; |
| Madeleine C. Wanslee | mwanslee@gustlaw.com |
| Mark D. Plevin | mplevin@crowell.com; |
| Matthew S. Foy, Esq. | mfoy@gordonrees.com; |
| Matthew Zandi | mzandi@nixonpeabody.com |
| Max H. Stern | mhstern@duanemorris.com; |
| Meryl R. Lieberman | mlieberman@traublieberman.com; |
| Michael J. Dickman | mjdickman@duanemorris.com; |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Michel Y. Horton | mhorton@morganlewis.com; |
| Paul Krause<br>And Dan Kwelberg<br>c/o Jerry Paul, Esq. | JPaul@PHHLaw.com; |
| Peter A. Krause, Esq. | Kraus@WatersKraus.com; |
| Peter J. Benvenutti | pjbenvenutti@hellerehrman.com; |
| Peter Van N. Lockwood | pvnl@capdale.com; |
| Phillip K. Wang, Esq. | pwang@duanemorris.com; |
| Primeshares | ksync@primeshares.com; |
| Queena C. Ho | qho@nixonpeabody.com; |
| Queena Hu | qhu@crowell.com; |
| Rachael Staniforth<br>c/o Steve Baron, Esq. | Sbaron@BaronBudd.com; |
| Randall Berdan | Rberdan@kllaw.com; |
| Ray L. Wong | rlwong@duanemorris.com; |
| Richard Warren Esterkin | resterkin@morganlewis.com; |
| Richard Goetz | rgoetz@omm.com; |
| Robert A. Trodella, Jr. | rtrodella@jonesday.com; |
| Robert H. Berkes | rberkes@bcrslaw.com; |
| Robert J. Pfister | rpfister@stblaw.com; |
| Robert P. Kavanaugh | rkavanaugh@nixonpeabody.com; |
| Robert W. Fults | rfults@pacificinsulation.com; |
| Rolf Gilbertson | rgilbertson@zelle.com; |
| Ron Eddins | reddins@seglaw.com; |
| Ronald R. Robinson | rrobinson@bcrslaw.com; |
| Russell Clementson | Russell.clementson@usdoj.gov; |
| Steven D. Allison | allison.steven@dorsey.com; |
| Steven J. Heim | heim.steven@dorsey.com; |
| Steven P. Rice | srice@crowell.com; |
| Susan De la Cruz | cwycredit@con-way.com; |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
84264-002\DOCS_LA:210632.1

**F 9013-3.1**

| Susan Lee Snyder<br>c/o David McClain, Esq. | *mailto:dmmcclain@kazanlaw.com;* |
| Tamara Merrill c/o Ron C. Eddins, Esq. | *Reddins@seglaw.com;* |
| Ted Sullivan | *Ted.sullivan@lindjensen.com;* |
| Thomas Jensen | *Thomas.jensen@lindjensen.com;* |
| Thomas M. Crawford | *Crawford@LitchfieldCavo.com;* |
| Thomas Patterson | *tpatterson@ktbslaw.com;* |
| Todd Jacobs, Esq. | *tjacobs@grippoelden.com;* |
| William C. Morison-Knox | *wcm@morison-knox.com; th@morison-knox.com;*<br>*ww@morison-knox.com;* |
| William P. Shelley | *wshelley@cozen.com;* |

### Parties not on 2002 list

| | |
|---|---|
| | *ahami@morganlewis.com;* |
| | *aneilson@nixonpeabody.com;* |
| Abby Schwartz | *aschwartz@omm.com;* |
| Aron Oliner | *roliner@duanemorris.com;* |
| | *bohorquez@litchfieldcavo.com;* |
| | *csantana@bcrslaw.com;* |
| | *dwillenburg@gordonrees.com;* |
| | *elock@nixonpeabody.com;* |
| | *gssvirsky@omm.com;* |
| | *jbucheit@grippoelden.com;* |
| | *jdejonker@seyfarth.com;* |
| Jerry Paul | *jpaul@phhlaw.com* |
| | *jriddle@nixonpeabody.com;* |
| | *jstockton@duanemorris.com;* |
| Michael Davis | *mdavis@zeklaw.com* |
| | *mdupuis@morganlewis.com;* |
| Orly Nhaissi | *onhaissi@omm.com;* |
| | *pjkillion@duanemorris.com;* |
| Philip R. Matthews | *prmatthews@duanemorris.com;* |
| Robert Binion | *rbinion@cbmlaw.com;* |
| Rodney L. Eshelman | *rode@cbmlaw.com;* |
| | *santellep@whiteandwilliams.com;* |
| | *sbergman@omm.com;* |
| Tancred Schiavoni | *TSchiavoni@OMM.com;* |
| | *tdevllin@gordonrees.com;* |
| | *vtricarico@clarktrev.com;* |
| | *weissm@whiteandwilliams.com;* |
| | *William.davidson@lindjensen.com;* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
84264-002\DOCS_LA:210632.1

**F 9013-3.1**

| In re:<br>Thorpe Insulation Company,<br><br>                Debtor(s). | CHAPTER  11<br><br>CASE NUMBER:  2:09-bk-19271-BB |
| --- | --- |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ***ORDER APPROVING STIPULATION TO FURTHER EXTEND TIME FOR CERTAIN SETTLING INSURERS TO FILE OBJECTIONS TO THE PLAN PROPONENTS' PROPOSED (1) FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND (2) ORDER CONFIRMING FOURTH AMENDED PLAN OF REORGANIZATION*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 9, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

           ☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

           ☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

           ☒  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**
84264-002\DOCS_LA:210632.1

| | |
|---|---|
| In re:<br>Thorpe Insulation Company,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER:  2:09-bk-19271-BB |

**2:07-bk-19271-BB Notice will be electronically mailed to:**

Lawrence Bass on behalf of Creditor Johns Manville
lawrence.bass@hro.com, kris.lundstrom@hro.com

Peter Benvenutti on behalf of Creditor Committee Caplin & Drysdale
pjbenvenutti@jonesday.com, bstone@jonesday.com;gmoody@jonesday.com;pvnl@capdale.com

Peter Benvenutti on behalf of Creditor Committee Heller Ehrman LLP
peter.benvenutti@hellerehrman.com, bstone@jonesday.com;gmoody@jonesday.com;pvnl@capdale.com

Steven H Bergman on behalf of Creditor Central National Insurance Company of Omaha
sbergman@omm.com

Brad Berish on behalf of Defendant Allstate Insurance Company, solely as successor-in-interest to Northbrook
Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
bberish@ag-ltd.com

Christopher Celentino on behalf of Creditor Transport Insurance Co
ccelentino@duanemorris.com

Louis J Cisz on behalf of Creditor Maine Bonding Insurance Co.
lcisz@nixonpeabody.com

Jeffrey V Commisso on behalf of Creditor Owens-Illinois, Inc.
jcommisso@schiffhardin.com

Michaeline H Correa on behalf of Creditor Committee Heller Ehrman LLP
mcorrea@jonesday.com

Leslie Epley Davis on behalf of Creditor CHICAGO INSURANCE COMPANY
ldavis@crowell.com

Richard W Esterkin on behalf of Debtor Thorpe Insulation Company
resterkin@morganlewis.com

Gary S Fergus on behalf of Interested Party Courtesy NEF
gfergus@ferguslegal.com

Matthew S Foy on behalf of Defendant Granite State Insurance Company
mfoy@gordonrees.com

David Guess on behalf of Debtor Thorpe Insulation Company
dguess@ktbslaw.com

Taline M Gulesserian on behalf of Creditor Argonaut Insurance Company

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
84264-002\DOCS_LA:210632.1

**F 9021-1.1**

gulesserian@litchfieldcavo.com

Adam C Hackett on behalf of Defendant Allstate Insurance Company, solely as successor-in-interest to
Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
ahackett@tsmp.com

Geoffrey A Heaton on behalf of Creditor Transport Insurance Company
gheaton@duanemorris.com

Matthew Heyn on behalf of Debtor Thorpe Insulation Company
mheyn@ktbslaw.com

Harry D. Hochman on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
hhochman@pszjlaw.com, hhochman@pszjlaw.com

Leslie R Horowitz on behalf of Attorney John Lapinski
lhorowitz@clarktrev.com

James K T Hunter on behalf of Debtor Thorpe Insulation Company
jhunter@pszyjw.com

Stephen M Judson on behalf of Creditor BERRY & BERRY
sjudson@fablaw.com

Jeff D Kahane on behalf of Creditor American Centennial Insurance Company
jkahane@duanemorris.com

John A Lapinski on behalf of Accountant Moore Stephens Wurth Frazer & Torbert, LLP
jlapinski@clarktrev.com

Katherine Lien on behalf of Creditor Argonaut Insurance Company
katie.lien@sbcglobal.net, katielien@gmail.com

Craig G Margulies on behalf of Creditor Argo Group US
cmargulies@lm-lawyers.com

Scotta E McFarland on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

David W. Meadows on behalf of Creditor Kay Clemmer
david@davidwmeadowslaw.com

James S Monroe on behalf of Creditor Maine Bonding and Casualty Co
jmonroe@nixonpeabody.com

Linda Bondi Morrison on behalf of Defendant Allstate Insurance
lmorrison@tsmp.com

Aron M Oliner on behalf of Defendant Transport Insurance Company
roliner@duanemorris.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
84264-002\DOCS_LA:210632.1                                                                                          **F 9021-1.1**

Malhar S Pagay on behalf of Debtor Thorpe Insulation Company
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Lawrence Peitzman on behalf of Defendant Farwest Insulation Contracting
lpeitzman@pwkllp.com

Robert J Pfister on behalf of Creditor Employers Reinsurance Corp
rpfister@stblaw.com, achristian@stblaw.com

Mark D Plevin on behalf of Creditor Associated International Insurance Company
mplevin@crowell.com

Richard F Rescho on behalf of Interested Party Christopher Grell
kjauyoung@yahoo.com

Jeremy V Richards on behalf of Debtor Thorpe Insulation Company
jrichards@pszjlaw.com, bdassa@pszjlaw.com

Karen Rinehart on behalf of Creditor Central National Insurance Company of Omaha
krinehart@omm.com

Nathan Q Rugg on behalf of Interested Party Allstate Insurance Company, solely as successor-in-interest to
Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
nrugg@ag-ltd.com

Abby Schwartz on behalf of Creditor California Union Insurance Company
aschwartz@omm.com

Janet A Shapiro on behalf of Defendant General Insurance Company of America
shapirofirm@aol.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Phillip K Wang on behalf of Creditor Insurance Company of the State of Pennsylvania
pwang@duanemorris.com

Kimberly S Winick on behalf of Interested Party Pacific Insulation Company
kwinick@clarktrev.com

David M Wiseblood on behalf of Creditor Continental Insurance Company as successor in interest to certain
policies issued byHarbor Insurance Company and Transcontinental Insurance Company
dwiseblood@seyfarth.com

**Notice will be sent by email to:**

*Please see attached Email Service List*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
84264-002\DOCS_LA:210632.1

**F 9021-1.1**

| Name | Email Address |
|------|---------------|
| Alan S. Berman | *alan.berman@mclolaw.com* |
| Alan R. Brayton, Esq. | *ABrayton@braytonlaw.com;* |
| Arthur Schwartz, Esq. | *aschwartz@gordonrees.com;* |
| Barry R. Ostrager | *bostrager@stblaw.com;* |
| Brad A. Berish | *bberish@ag-ltd.com;* |
| Brett Stone | *bstone@jonesday.com* |
| Bruce Winkelman | *bwinkelman@craig-winkelman.com;* |
| Christopher Celentino | *ccelentino@duanemorris.com* |
| Charles J. Malaret | *cmalaret@morganlewis.com;* |
| Charles Wheeler | *cwheeler@cozen.com;* |
| Charlton Clemmer and Victor Medina, Sr. c/o Alan R. Brayton, Esq. | *abrayton@braytonlaw.com;* |
| Christina C. Skubic | *cskubic@braytonlaw.com;* |
| Christopher Celentino | *ccelentino@duanemorris.com;* |
| Craig G. Margulies | *cmargulies@lm-lawyers.com* |
| David C. Christian II, Esq. | *dchristian@seyfarth.com;* |
| David M. Wiseblood | *dwiseblood@seyfarth.com;* |
| Deborah L. Stein | *dstein@stblaw.com;* |
| Debra A. Dandeneau | *Debra.dandeneau@weil.com;* |
| Devin A. McRae | *Mcrae.devin@dorsey.com;* |
| Edward D. Vaisbort | *vaisbort@litchfieldcavo.com;* |
| G. David Rubin | *rubin@litchfieldcavo.com;* |
| Gary S. Fergus | *gfergus@ferguslegal.com;* |
| Adam Hackett | *ahackett@tresslerllp.com* |
| Geoffrey A. Heaton | *gheaton@duanemorris.com;* |
| Gregory LoCasale | *locasaleg@whiteandwilliams.com;* |
| Holly S. Burgess | *hburgess@selmanbreitman.com;* |
| James Miller | *jmiller@smollp.com;* |
| James S. Monroe | *jmonroe@nixonpeabody.com;* |
| Janet A. Shapiro, Esq. | *ShapiroFirm@aol.com;* |
| Jeff D. Kahane | *jkahane@duanemorris.com;* |
| Jeffrey Judd | *jjudd@omm.com;* |
| Jeffrey S. Raskin | *jraskin@morganlewis.com;* |
| Jeffrey Richmond | *Jeff.richmond@hellerehrman.com;* |
| Jenna Settino | *jsettino@kllaw.com;* |
| John A. Lapinski, Esq. | *jlapinski@clarktrev.com;* |
| John R. Miller c/o David A. Rosen, Esq. | *D.Rosen@RKMLaw.com;* |
| Katherine K. Liner | *kliner@tresslerllp.com;* |
| Katherine Lien | *katie.lien@sbcglobal.net; katielien@gmail.com;* |
| Kevin P. McNamara | *kmcnamara@hfdclaw.com;* |
| Kenneth Klee | *kklee@ktbslaw.com:* |
| Kevin Titus | *titus@litchfieldcavo.com;* |
| Laurie Meyer | *Laurie.meyer@lindjensen.com;* |
| Lawrence Bass | *lbass@faegre.com;* |
| Lawrence Peitzman | *lpeitzman@pwkllp.com;* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Leonard P. Goldberger | *lgoldberger@wolfblock.com;* |
| Leslie R. Horowitz, Esq. | *lhorowitz@clarktrev.com;* |
| Luther Kent Orton | *lorton@smollp.com;* |
| Madeleine C. Wanslee | *mwanslee@gustlaw.com* |
| Mark D. Plevin | *mplevin@crowell.com;* |
| Matthew S. Foy, Esq. | *mfoy@gordonrees.com;* |
| Matthew Zandi | *mzandi@nixonpeabody.com* |
| Max H. Stern | *mhstern@duanemorris.com;* |
| Meryl R. Lieberman | *mlieberman@traublieberman.com;* |
| Michael J. Dickman | *mjdickman@duanemorris.com;* |
| Michaeline H. Correa | *mcorrea@jonesday.com* |
| Michel Y. Horton | *mhorton@morganlewis.com;* |
| Paul Krause<br>And Dan Kwelberg<br>c/o Jerry Paul, Esq. | *JPaul@PHHLaw.com;* |
| Peter A. Krause, Esq. | *Kraus@WatersKraus.com;* |
| Peter J. Benvenutti | *pjbenvenutti@hellerehrman.com;* |
| Peter Van N. Lockwood | *pvnl@capdale.com;* |
| Phillip K. Wang, Esq. | *pwang@duanemorris.com;* |
| Primeshares | *ksync@primeshares.com;* |
| Queena C. Ho | *qho@nixonpeabody.com;* |
| Queena Hu | *qhu@crowell.com;* |
| Rachael Staniforth<br>c/o Steve Baron, Esq. | *Sbaron@BaronBudd.com;* |
| Randall Berdan | *Rberdan@kllaw.com;* |
| Ray L. Wong | *rlwong@duanemorris.com;* |
| Richard Warren Esterkin | *resterkin@morganlewis.com;* |
| Richard Goetz | *rgoetz@omm.com;* |
| Robert A. Trodella, Jr. | *rtrodella@jonesday.com;* |
| Robert H. Berkes | *rberkes@bcrslaw.com;* |
| Robert J. Pfister | *rpfister@stblaw.com;* |
| Robert P. Kavanaugh | *rkavanaugh@nixonpeabody.com;* |
| Robert W. Fults | *rfults@pacificinsulation.com;* |
| Rolf Gilbertson | *rgilbertson@zelle.com;* |
| Ron Eddins | *reddins@seglaw.com;* |
| Ronald R. Robinson | *rrobinson@bcrslaw.com;* |
| Russell Clementson | *Russell.clementson@usdoj.gov;* |
| Steven D. Allison | *allison.steven@dorsey.com;* |
| Steven J. Heim | *heim.steven@dorsey.com;* |
| Steven P. Rice | *srice@crowell.com;* |
| Susan De la Cruz | *cwycredit@con-way.com;* |
| Susan Lee Snyder<br>c/o David McClain, Esq. | *mailto:dmmcclain@kazanlaw.com;* |
| Tamara Merrill c/o Ron C. Eddins, Esq. | *Reddins@seglaw.com;* |
| Ted Sullivan | *Ted.sullivan@lindjensen.com;* |
| Thomas Jensen | *Thomas.jensen@lindjensen.com;* |
| Thomas M. Crawford | *Crawford@LitchfieldCavo.com;* |
| Thomas Patterson | *tpatterson@ktbslaw.com;* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
84264-002\DOCS_LA:210632.1

**F 9021-1.1**

| Todd Jacobs, Esq. | tjacobs@grippoelden.com; |
| William C. Morison-Knox | wcm@morison-knox.com; th@morison-knox.com; ww@morison-knox.com; |
| William P. Shelley | wshelley@cozen.com; |

**Parties not on 2002 list**

| | ahami@morganlewis.com; |
|---|---|
| | aneilson@nixonpeabody.com; |
| Abby Schwartz | aschwartz@omm.com; |
| Aron Oliner | roliner@duanemorris.com; |
| | bohorquez@litchfieldcavo.com; |
| | csantana@bcrslaw.com; |
| | dwillenburg@gordonrees.com; |
| | elock@nixonpeabody.com; |
| | gssvirsky@omm.com; |
| | jbucheit@grippoelden.com; |
| | jdejonker@seyfarth.com; |
| Jerry Paul | jpaul@phhlaw.com |
| | jriddle@nixonpeabody.com; |
| | jstockton@duanemorris.com; |
| Michael Davis | mdavis@zeklaw.com |
| | mdupuis@morganlewis.com; |
| Orly Nhaissi | onhaissi@omm.com; |
| | pjkillion@duanemorris.com; |
| Philip R. Matthews | prmatthews@duanemorris.com; |
| Robert Binion | rbinion@cbmlaw.com; |
| Rodney L. Eshelman | rode@cbmlaw.com; |
| | santellep@whiteandwilliams.com; |
| | sbergman@omm.com; |
| Tancred Schiavoni | TSchiavoni@OMM.com; |
| | tdevllin@gordonrees.com; |
| | vtricarico@clarktrev.com; |
| | weissm@whiteandwilliams.com; |
| | William.davidson@lindjensen.com; |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.