|  | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>NOV 12 2009<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___NL___ DEPUTY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In Re:<br>THORPE INSULATION CO.<br><br>DEBTOR(S). | DISTRICT COURT CASE NUMBER<br>CV09-5660 DSF<br>BANKRUPTCY COURT CASE NUMBER<br>LA07-19271 BB |
| FIREMAN'S FUND INSURANCE COMPANY, et al.<br>APPELLANT(S),<br>v.<br>THORPE INSULATION COMPANY<br>APPELLEE(S). | ADVERSARY CASE NUMBER<br>N/A<br><br>NOTICE RE: BANKRUPTCY RECORD COMPLETE, BRIEFING SCHEDULE AND NOTICE OF ENTRY |

This Court has received from the Clerk of the Bankruptcy Court a Certificate of Readiness with respect to the above designated bankruptcy appeal. The Certificate was filed by the District Court Clerk's Office on <u>November 12, 2009</u>. Assuming that notices of deficiencies (if any) in the record have been complied with, the appeal is now ready for briefing and hearing in this Court.

Appellant's opening brief must be filed in the District Court and served on other parties not later than <u>November 27, 2009</u>. Appellee's brief must similarly be filed and served not later than 15 days after service of appellant's opening brief. If the appellee has filed a cross-appeal, the brief shall include the issues and argument pertinent to the cross-appeal, denominated as such. Appellant's reply brief must similarly be filed and served not later than 10 days after service of appellee's brief. If the appellee has cross-appealed, the appellee may file and serve a reply brief to the response of the appellant to the issues presented in the cross-appeal within 10 days after service of appellant's reply brief.

All briefs must be filed in the District Court Clerk's Office with an original and two copies and must contain a proof of service on all parties. Neither appellant's opening brief nor appellee's brief shall exceed 30 pages. Appellant's reply brief shall not exceed 20 pages. Page limits exclude the table of contents, table of citations and any addendum containing statutes, rules, regulations, excerpts of the record or similar material.

Extensions of time for briefing are not favored. Any application or motion for extension shall be served well before the due date and shall be accompanied by a declaration stating the date the brief is due, how many previous extensions have been granted, when the brief was first due, and whether any previous requests for extensions of time have been denied. The declaration must also state the reason(s) why such an extension is necessary, the amount of additional time requested, and the position of the opponent(s) as to the proposed extension or why the moving party has been unable to obtain a statement of the opponent's position(s).

Briefs must comply with the requirements of Federal Rules of Bankruptcy Procedure 8010(a) and (b). Counsel are reminded that their respective briefs must contain as addenda all excerpts of the record and all transcripts previously designated by them. No brief shall refer to a portion of the transcript that is not included in said addenda.

Once the briefing is completed, the Courtroom Deputy Clerk of the District Judge who is assigned the appeal will notify counsel when the matter is to be argued and heard, or that no oral argument will be permitted. If, for any reason, such notice has not been received within 30 days after the last brief is filed, counsel should contact that Courtroom Deputy Clerk for further instructions.

Clerk, U. S. District Court

November 12, 2009         By _____/s/ Natalie Longoria_____
Date                           Deputy Clerk

cc:   *District Court Judge*
      *Bankruptcy Court Judge*

CV-8 (04/06)    **NOTICE RE: BANKRUPTCY RECORD COMPLETE, BRIEFING SCHEDULE AND NOTICE OF ENTRY**