SNYDER MILLER & ORTON LLP
JAMES L. MILLER (71958)
LUTHER ORTON (54258)
PETER P. MERINGOLO (197136)
111 Sutter Street, Suite 1950
San Francisco, California 94104
Tel:    (415) 962-4400
Fax:    (415) 962-4401

Special Insurance Coverage and Litigation Counsel
to Debtor and Debtor in Possession
*Thorpe Insulation Company*

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THORPE INSULATION COMPANY,<br><br>Debtor. | Case No: 2:07-19271-BB<br><br>Chapter 11<br><br>(Jointly Administered with Case No. LA 07-20016-BB)<br><br>**DECLARATION OF ROBERT W. FULTS IN SUPPORT OF THE THIRD APPLICATION OF SNYDER MILLER & ORTON LLP FOR ALLOWANCE OF INTERIM COMPENSATION AS SPECIAL INSURANCE COVERAGE AND LITIGATION COUNSEL TO THORPE INSULATION COMPANY FOR THE PERIOD JULY 1, 2009 THROUGH OCTOBER 31, 2009**<br><br>Date:    January 7, 2010<br>Time:    10:00 a.m.<br>Dept.:   Courtroom 1475<br>         255 E. Temple St., 14th Floor<br>         Los Angeles, CA  90012<br>Judge:   Honorable Sheri Bluebond |

{00028566.DOC; 1}                                      1
DECL. OF R.W. FULTS ISO THIRD INTERIM FEE APPLICATION OF SNYDER MILLER & ORTON LLP
Case No. LA 07-19271

I, Robert W. Fults, declare as follows:

1. I am over the age of eighteen years, and I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could and would competently testify as to all of the matters stated herein.

2. I am President of Thorpe Insulation Company, the Debtor and Debtor in Possession in the above referenced case (the "Debtor").

3. I review the monthly invoices from Snyder, Miller & Orton ("Snyder Miller"), which reflect the work performed on the case by Snyder Miller. I also review payment invoices for "success fees" based on settlement monies paid to Thorpe.

4. Between July 1, 2009 and October 31, 2009, Thorpe received settlement monies paid by Argonaut Insurance Company. In accordance with the Snyder Miller fee agreement approved by the bankruptcy court, Snyder Miller was entitled to receive $773,002.35 as a success fee. In accordance with the Court's Order for payment of professionals, Thorpe paid Snyder Miller 80% of the owed success fee, $618,401.88, with an unpaid balance of $154,600.47.

5. I have no objection to the Court's awarding Snyder Miller fees in the sum of $773,002.35, which includes the unpaid balance of $154,600.47, for the period from July 1, 2009 and October 31, 2009.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 23rd day of November, 2009, at Los Angeles, California.

Robert W. Fults

{00028566.DOC;1}    2

DECL. OF R.W. FULTS ISO THIRD INTERIM FEE APPLICATION OF SNYDER MILLER & ORTON LLP
Case No. LA 07-19271

| In re:<br>Thorpe Insulation Company,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:07-19271-BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as ***DECLARATION OF ROBERT W. FULTS IN SUPPORT OF THIRD APPLICATION OF SNYDER MILLER & ORTON LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AS SPECIAL INSURANCE COVERAGE AND LITIGATION COUNSEL TO THORPE INSULATION COMPANY FOR THE PERIOD JULY 1, 2009 THROUGH OCTOBER 31, 2009*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 30, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **November 30, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 30, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 30, 2009 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                    **F 9013-3.1**

| In re:<br>Thorpe Insulation Company,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:07-19271-BB |
|---|---|

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Lawrence Bass on behalf of Creditor Johns Manville
lawrence.bass@hro.com, kris.lundstrom@hro.com

Peter Benvenutti on behalf of Creditor Committee Caplin & Drysdale
pjbenvenutti@jonesday.com, bstone@jonesday.com;gmoody@jonesday.com;pvnl@capdale.com

Peter Benvenutti on behalf of Creditor Committee Heller Ehrman LLP
peter.benvenutti@hellerehrman.com, bstone@jonesday.com;gmoody@jonesday.com;pvnl@capdale.com

Steven H Bergman on behalf of Creditor Central National Insurance Company of Omaha
sbergman@omm.com

Brad Berish on behalf of Defendant Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
bberish@ag-ltd.com

Christopher Celentino on behalf of Creditor Transport Insurance Co
ccelentino@duanemorris.com

Louis J Cisz on behalf of Creditor Maine Bonding Insurance Co.
lcisz@nixonpeabody.com

Jeffrey V Commisso on behalf of Creditor Owens-Illinois, Inc.
jcommisso@schiffhardin.com

Michaeline H Correa on behalf of Creditor Committee Heller Ehrman LLP
mcorrea@jonesday.com

Leslie Epley Davis on behalf of Creditor CHICAGO INSURANCE COMPANY
ldavis@crowell.com

Richard W Esterkin on behalf of Debtor Thorpe Insulation Company
resterkin@morganlewis.com

Gary S Fergus on behalf of Interested Party Courtesy NEF
gfergus@ferguslegal.com

Matthew S Foy on behalf of Defendant Granite State Insurance Company
mfoy@gordonrees.com

David Guess on behalf of Debtor Thorpe Insulation Company
dguess@ktbslaw.com

Taline M Gulesserian on behalf of Creditor Argonaut Insurance Company
gulesserian@litchfieldcavo.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                     **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| Thorpe Insulation Company, Debtor(s). | CASE NUMBER: 2:07-19271-BB |

Adam C Hackett on behalf of Defendant Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
ahackett@tsmp.com

Geoffrey A Heaton on behalf of Creditor Transport Insurance Company
gheaton@duanemorris.com

Matthew Heyn on behalf of Debtor Thorpe Insulation Company
mheyn@ktbslaw.com

Harry D. Hochman on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
hhochman@pszjlaw.com, hhochman@pszjlaw.com

Leslie R Horowitz on behalf of Attorney John Lapinski
lhorowitz@clarktrev.com

James K T Hunter on behalf of Debtor Thorpe Insulation Company
jhunter@pszyjw.com

Stephen M Judson on behalf of Creditor BERRY & BERRY
sjudson@fablaw.com

Jeff D Kahane on behalf of Creditor American Centennial Insurance Company
jkahane@duanemorris.com

John A Lapinski on behalf of Accountant Moore Stephens Wurth Frazer & Torbert, LLP
jlapinski@clarktrev.com

Katherine Lien on behalf of Creditor Argonaut Insurance Company
katie.lien@sbcglobal.net, katielien@gmail.com

Craig G Margulies on behalf of Creditor Argo Group US
cmargulies@lm-lawyers.com

Scotta E McFarland on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

David W. Meadows on behalf of Creditor Kay Clemmer
david@davidwmeadowslaw.com

James S Monroe on behalf of Creditor Maine Bonding and Casualty Co
jmonroe@nixonpeabody.com

Linda Bondi Morrison on behalf of Defendant Allstate Insurance
lmorrison@tsmp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| Thorpe Insulation Company, | |
| Debtor(s). | CASE NUMBER: 2:07-19271-BB |

Aron M Oliner on behalf of Defendant Transport Insurance Company
roliner@duanemorris.com

Malhar S Pagay on behalf of Debtor Thorpe Insulation Company
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Lawrence Peitzman on behalf of Defendant Farwest Insulation Contracting
lpeitzman@pwkllp.com

Robert J Pfister on behalf of Creditor Employers Reinsurance Corp
rpfister@stblaw.com, achristian@stblaw.com

Mark D Plevin on behalf of Creditor Associated International Insurance Company
mplevin@crowell.com

Richard F Rescho on behalf of Interested Party Christopher Grell
kjauyoung@yahoo.com

Jeremy V Richards on behalf of Debtor Thorpe Insulation Company
jrichards@pszjlaw.com, bdassa@pszjlaw.com

Karen Rinehart on behalf of Creditor Central National Insurance Company of Omaha
krinehart@omm.com

Nathan Q Rugg on behalf of Interested Party Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company
nrugg@ag-ltd.com

Abby Schwartz on behalf of Creditor California Union Insurance Company
aschwartz@omm.com

Janet A Shapiro on behalf of Defendant General Insurance Company of America
shapirofirm@aol.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Phillip K Wang on behalf of Creditor Insurance Company of the State of Pennsylvania
pwang@duanemorris.com

Kimberly S Winick on behalf of Interested Party Pacific Insulation Company
kwinick@clarktrev.com

David M Wiseblood on behalf of Creditor Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company and Transcontinental Insurance Company
dwiseblood@seyfarth.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| In re:<br>Thorpe Insulation Company,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:07-19271-BB |
|---|---|

## II. SERVED BY U.S. MAIL

**Debtor:**
Robert W. Fults
Chief Executive Officer
Thorpe Insulation Company
5608 Bayshore Walk
Long Beach, CA 90803

**Debtor:**
Robert W. Fults
Chief Executive Officer
Pacific Insulation Company
2741 South Yates Ave.
Los Angeles, CA 90040

**Attorneys for Debtor, Pacific Insulation Company**
John A. Lapinski
Leslie R. Horowitz
Stephen E. Hyam
Clark & Trevithick
800 Wilshire Blvd., 12th Floor
Los Angeles, CA 90017

**Attorneys for Official Committee of Unsecured Creditors**
Peter J. Benvenutti.
Jones Day
555 California Street, 26th Fl
San Francisco, CA 94104

**Office of the United States Trustee**
Russell Clementson
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Futures Claim Representative**
Charles B. Renfrew
Law Offices of Charles B. Renfrew
710 Sansome Street
San Francisco, CA 94111-1704

**Attorneys for Future Claims Representative**
Gary Fergus
595 Market Street, Suite 2430
San Francisco, CA 91405

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**