Jeremy V. Richards (CA Bar No. 102300)
David M. Bertenthal (CA Bar No. 167624)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLC
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for Thorpe Insulation Company,
Debtor and Debtor in Possession

John A. Lapinski (CA Bar No. 71596)
Leslie R. Horowitz (CA Bar No. 97630)
Kimberly S. Winick (CA Bar No. 120363)
CLARK & TREVITHICK
800 Wilshire Boulevard, Twelfth Floor
Los Angeles, California 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441

Attorneys for Pacific Insulation Company,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THORPE INSULATION COMPANY[1],<br><br>Debtors. | Case No. 2:07-19271-BB<br>(Jointly Administered with Case No. 2:07-20016-BB)<br><br>Chapter 11<br><br>**NOTICE OF PACIFIC INSULATION COMPANY REGARDING FOURTH EXTENSION OF POSTPETITION FINANCING AND RELATED RELIEF PURSUANT TO JULY 7, 2008 ORDER**<br><br>**[NO HEARING DATE REQUIRED]** |

///

///

---

[1] The Debtors are Thorpe Insulation Company, a California corporation, 5608 Bayshore Walk, Long Beach, CA 90803, Fed. Tax I.D. No. 95-1559386 (Main Debtor) and Pacific Insulation Company, a California corporation, 2741 South Yates Ave., Los Angeles, CA 90040, Fed. Tax I.D. No. 95-4812741.

**CLARK & TREVITHICK**
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD, TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND COUNSEL TO THE CREDITORS COMMITTEE:**

NOTICE IS HEREBY GIVEN that Pacific Insulation Company, a California corporation, as a debtor and debtor-in-possession ("Debtor" or "Pacific") in the above-captioned bankruptcy case, has entered into a fourth Non-Material Amendment (the "Amendment") pursuant to Section 1.3.3 of the Court's July 7, 2008 Order (A) Authorizing Postpetition Financing by Pacific Insulation Company and Granting Security Interests and Super-Priority Administrative Expense Status; (B) Authorizing Use of Cash Collateral; (C) Modifying the Automatic Stay; (D) Granting Adequate Protection; and (E) Other Relief (the "DIP Financing Order").[2]  Pursuant to the Amendment, the Maturity Date of the Loan Agreement is extended for an additional period of four months, from December 31, 2009 to April 30, 2010; and

NOTICE IS FURTHER GIVEN that, pursuant to Section 1.3.3 of the DIP Financing Order, a copy of the Amendment is attached hereto as Exhibit A; and

NOTICE IF FURTHER GIVEN that, pursuant to Section 1.3.3. of the DIP Financing Order, unless an objection to the Amendment is filed with the Court within five (5) calendar days after the later of the date of service of this Notice and the date this Notice is filed with the Court, the DIP Financing Order shall be deemed to encompass and approve the Amendment.

DATED: January 7, 2009        Respectfully submitted,

CLARK & TREVITHICK

By: /s/ Kimberly S. Winick
John A. Lapinski
Leslie R. Horowitz
Kimberly S. Winick
Attorneys for Pacific Insulation Company, Debtor and Debtor in Possession

---

[2] Capitalized terms not defined herein have the meanings ascribed to them as the DIP Financing Order.

**CLARK & TREVITHICK**
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD, TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017

**PROOF OF SERVICE**

| In re: THORPE INSULATION COMPANY | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:07-19271-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 800 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90017

A true and correct copy of the foregoing document described **NOTICE OF PACIFIC INSULATION COMPANY REGARDING FOURTH EXTENSION OF POSTPETITION FINANCING AND RELATED RELIEF PURSUANT TO JULY 7, 2008 ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 7, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**X-**Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 7, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**X-**Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 7, 2009 | Pam Tham | /s/ Pam Tham |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**CLARK & TREVITHICK**
A Professional Law Corporation
800 Wilshire Blvd, Twelfth Floor
Los Angeles, California 90017

| In re: THORPE INSULATION COMPANY | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:07-19271-BB |

**I.** TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| | |
|---|---|
| Lawrence Bass | lawrence.bass@hro.com, kris.lundstrom@hro.com |
| Peter Benvenutti | peter.benvenutti@hellerhrman.com bstone@jonesday.com, gmoody@jonesday.com, |
| Peter Van N. Lockwood | pvnl@capdale.com |
| Steven H. Bergman | sbergman@omm.com |
| Brad Berish | bberish@ag-ltd.com |
| Christopher Celetino | ccelentino@duanemorris.com |
| Louis J. Ciz | lcisz@nixonpeabody.com |
| Jeffrey V. Commisso | jcommisso@schiffhardin.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Leslie Epley Davis | ldavis@crowell.com |
| Richard W. Esterkin | resterkin@morganlewis.com |
| Gary S. Fergus | gfergus@ferguslegal.com |
| David Guess | dguess@ktbslaw.com |
| Taline M. Gulesserian | gulesserian@litchfoe;dcavo.com |
| Adam C. Hacket | ahackett@tsmp.com |
| Geoffrey A. Heaton | gheaton@duanemorris.com |
| Matthey Heyn | mheyn@ktbslaw.com |
| Harry D. Hochman | hhochman@pszjlaw.com |
| Leslie R. Horowitz | lhorowitz@clarktrev.com |
| James K. T. Hunter | jhunter@pszyjw.com |
| Stephen M. Judson | sjudson@fablaw.com |
| Jeff D. Kahane | jkahane@duanemorris.com |
| John A. Lapinski | jlapinski@clarktrev.com |

CLARK & TREVITHICK
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD, TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017

NOTICE OF PACIFIC INSULATION RE
EXTENSION OF POST-PETITION FINANCING AND RELATED RELIEF

| In re: THORPE INSULATION COMPANY | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:07-19271-BB |

| | |
|---|---|
| **Katherine Lien** | **katie.lien@sbcglobal.net**, **katielien@gmail.com** |
| **Craig G. Margulies** | **cmargulies@lm-lawyers.com** |
| **Scotta E. McFarland** | **smcfarland@pszjlaw.com** |
| **James S. Monroe** | **jmonroe@nixonpeabody.com** |
| **Linda Bondi Morrison** | **lmorrison@tsmp.com** |
| **Aron M. Oliner** | **roliner@duanemorris.com** |
| **Lawrence Peitzman** | **lpeitzman@pwkllp.com** |
| **Robert J. Pfister** | **rpfister@stblaw.com**, **llee@stblaw.com** |
| **Mark D. Plevin** | **mplevin@crowell.com** |
| **Richard F. Rescho** | **kjauyoung@yahoo.com** |
| **Jeremy V. Richards** | **jrichards@pszjlaw.com**, **bdassa@pszjlaw.com** |
| **Karen Rinehart** | **krinehart@omm.com** |
| **Nathan Q. Rugg** | **nrugg@ag-ltd.com** |
| **Abby Schwartz** | **aschwartz@omm.com** |
| **Janet A. Shapiro** | **shapirofirm@aol.com** |
| **United States Trustee** | **ustpregion16.la.ecf@usdoj.gov** |
| **Phillip K. Wang** | **pwang@gordonrees.com** |
| **David M. Wiseblood** | **dwiseblood@seyfarth.com** |

**CLARK & TREVITHICK**
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD, TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017

NOTICE OF PACIFIC INSULATION RE
EXTENSION OF POST-PETITION FINANCING AND RELATED RELIEF

| In re: THORPE INSULATION COMPANY | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:07-19271-BB |

## II. SERVED BY U.S. MAIL

**Honorable Sheri Bluebond**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012

**Office of the US Trustee for Thorpe & Pacific:**
Russell Clementson
Office of the United States Trustee's Office
Staff Attorney
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Debtor:**
Robert W. Fults
Chief Executive Officer
Pacific Insulation Company
2741 South Yates Ave.
Los Angeles, CA 90040

**Debtor:**
Robert W. Fults
Chief Executive Officer
Thorpe Insulation Company
5608 Bayshore Walk
Long Beach, CA 90803

**Attorneys for the Official Committee of Unsecured Creditors in Thorpe and Pacific:**
(RSN in Pacific 10/28/08; RSN in Thorpe 10/28/08)
Peter Benvenutti, Esq.
Michaeline H. Correa, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

627685.1 (P06785.001)

**CLARK & TREVITHICK**
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD, TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017

NOTICE OF PACIFIC INSULATION RE
EXTENSION OF POST-PETITION FINANCING AND RELATED RELIEF