RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
ABBY JOHNSTON (S.B. #250244)
aschwartz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

TANCRED V. SCHIAVONI (*pro hac vice*)
tschiavoni@omm.com
GARY SVIRSKY (*pro hac vice*)
gsvirsky@omm.com
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

ALAN S. BERMAN (S.B. # 121954)
BERMAN & AIWASIAN
725 South Figueroa Street, Suite 1050
Los Angeles, California 90017
Telephone: (213) 233-9650
Facsimile: (213) 233-9651

*Attorneys for Motor Vehicle Casualty Company, Central National Insurance Company of Omaha, and Century Indemnity Company, successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:07-19271-BB |
| THORPE INSULATION CO.,[1] | Chapter 11 |
| Debtor. | (Jointly Administered with Case No. 2:07-20016-BB) |
| | **STIPULATION REGARDING EXTENDING TIME FOR CERTAIN NON-SETTLING INSURERS TO FILE LIMITED OBJECTIONS TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND PROPOSED CONFIRMATION ORDER SUBMITTED BY PLAN PROPONENTS** |

---

[1] The Debtors are Thorpe Insulation Company, a California corporation, 5608 Bayshore Walk, Long Beach, CA 90803, Fed. Tax I.D. No. 95-1559386 (Main Debtor), and Pacific Insulation Company, a California Corporation, 2741 South Yates Ave., Los Angeles, CA 90040, Fed. Tax I.D. No. 95-4812741.

LA2:899633.2

STIPULATION REGARDING EXTENDING TIME FOR NON-SETTLING INSURERS TO FILE OBJECTIONS

1 | Debtor and Debtor-in-Possession Thorpe Insulation Company and Pacific Insulation
2 | Company, on the one hand, and Motor Vehicle Casualty Company, Central National Insurance
3 | Company of Omaha, and Century Indemnity Company, successor to Cigna Specialty Insurance
4 | Company f/k/a California Union Insurance Company and National Fire Insurance Company
5 | of Hartford, as successor by merger to Transcontinental Insurance Company, and Continental
6 | Insurance Company, as successor to certain policies issued by Harbor Insurance Company
7 | (collectively, "Non-Settling Insurers"), on the other hand, hereby **STIPULATE AND AGREE**
8 | that:

9 | The Non-Settling Insurers shall have until January 14, 2010 to file objections to Plan
10 | Proponents' Proposed Findings of Fact and Conclusions of Law and Proposed Order Confirming
11 | Fifth Amended Joint Plan of Reorganization, lodged December 28, 2009 (the "Plan Findings and
12 | Order"). Such objections shall be limited to objections to changes made in the Plan Findings and
13 | Order as a result of the Court's rulings made during the continued confirmation hearing on
14 | December 17, 2009.

Dated: January 8, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Jeremy V. Richards
    Jeremy V. Richards
    Scotta E. McFarland
    Attorneys for Thorpe Insulation Company,
    Debtor and Debtor-in-Possession

CLARK & TREVITHICK

By  /s/ John A. Lapinski
    John A. Lapinski
    Leslie R. Horowitz
    Attorneys for Pacific Insulation Company,
    Debtor and Debtor-in-Possession

O'MELVENY & MYERS LLP

By  /s/ Abby Johnston
   Richard B. Goetz
   Tancred V. Schiavoni
   Gary Svirsky
   Abby Johnston
   Attorneys for Motor Vehicle Casualty Company, Central National Insurance Company of Omaha, and Century Indemnity Company, successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company Counsel for Century Indemnity

SEYFARTH SHAW LLP

By  /s/ David M. Wiseblood
   David M. Wiseblood
   David C. Christian II
   Attorneys for National Fire Insurance Company of Hartford, as successor by merger to Transcontinental Insurance Company, and Continental Insurance Company, as successor to certain policies issued by Harbor Insurance Company

CAPLIN & DRYSDALE, CHARTERED
- and -
JONES DAY

By  /s/ Peter J. Benvenutti
   Peter J. Benvenutti
   Attorneys for the Official Committees of Unsecured Creditors

FERGUS, A LAW OFFICE

By  /s/ Gary S. Fergus
   Gary S. Fergus
   Attorneys for the Futures Representatives