MATTHEW J. SHIER (SBN: 72638)
JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
Email: mshier@pinnaclelawgroup.com
       jkatz@pinnaclelawgroup.com

Counsel for Kazan, McClain,
Lyons, Greenwood & Harley, PLC,
And Brayton*Purcell, LLP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case Nos. LA07-19271-BB |
| THORPE INSULATION COMPANY, | Jointly Administered With Case No. LA07-20016-BB |
| Debtor. | Chapter 11 |
| | **NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING SUBSTANTIAL CONTRIBUTION / ADMINISTRATIVE EXPENSE CLAIMS [11 U.S.C. §503(b)(4)]** |
| | Date: January 26, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 1475<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5293.001

Notice of Hearing on Motion For Substantial Contribution Claims

**TO: THE DEBTOR; CREDITORS, THE UNITED STATE TRUSTEE; THEIR RESPECTIVE COUNSEL, AND THOSE ENTITLED TO NOTICE:**

**NOTICE IS HEREBY GIVEN** that one January 26, 2011, at 2:00 p.m., in the courtroom of the Honorable Sheri Bluebond, Courtroom 1475, United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012, a hearing will be held on the Motion for Order Authorizing Substantial Contribution/Administrative Expense Claims [11 U.S.C. § 503(b)(4)] brought by Kazan, McClain, Lyons, Greenwood & Harley, PLC and Brayton*Purcell, LLP (collectively, "Movants"). Movants seek payment of attorney fees and expenses in the total amount of $10 million[1] for having made a substantial contribution to these bankruptcy cases. **Movants are not seeking payment from assets of the Trust that has been created as part of the Plan in this case, so no creditors will be adversely affected if the Motion is granted.**

Movants represent approximately 2,500 asbestos-related disease claimants in this bankruptcy case. Pursuant to fee agreements with their creditor clients, Movants will receive contingency fee recoveries when their own injured clients receive recoveries under the Plan; however, the contributions which Movants made were not contributions which benefited only their clients. Movants' efforts have benefitted all of the present injured claimants, including approximately 1,600 injured claimants represented by other asbestos plaintiffs' lawyers. Movants also have benefited those future claimants, estimated to be more than 7,600, who will come into existence over the next forty years. Movants estimate that due to their expertise and skill in litigating against and in settling with insurance companies in asbestos cases, Movants increased the funds available for settlement for all present and future claimants from $340,495,517 million before Movants' participation to at least $597,995,517 million, or by at least $257.5 million, *i.e.,* by some 76 percent.

The fees that Movants are requesting may come from a portion of the contingency fees that will be received by Morgan Lewis & Bockius LLP (Special Insurance Counsel)

---

[1] McClain and Brayton each claim entitlement to one-half of the amount sought.

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5293.001          1          Notice of Hearing on Motion For Substantial Contribution Claims

and Snyder Miller & Orton, LLP (Special Litigation Counsel) whose employment applications pursuant to 11 U.S.C. § 328 have previously been approved by the Bankruptcy Court. Pursuant to section 328(a), a bankruptcy court may allow compensation different from the compensation provided under the terms and conditions previously approved if after the conclusion of the employment, those terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time those terms and conditions were fixed. As is set forth in the moving papers, that is exactly what happened in this case.

This Motion is based on the Notice of Motion, the Motion and Memorandum of Points and Authorities, the declarations of David McClain and Alan Brayton, and any additional evidence that the Court may request or require prior to or at the hearing on the Motion.

**NOTICE IS FURTHER GIVEN** that LBR 9013-1(f) requires a written response to be filed and served on the Movants' counsel whose address is shown on the caption, and on the United States Trustee, at least 14 days before the hearing. The failure to file an opposition may be deemed by the Court to be consent to the granting of the Motion.

DATED: December 20, 2010					PINNACLE LAW GROUP LLP

By: /s/ Matthew J. Shier
Matthew J. Shier,
Counsel for Kazan, McClain,
Lyons, Greenwood & Harley, PLC,
And Brayton Purcell LLP

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5293.001					2					Notice of Hearing on Motion For Substantial Contribution Claims