1  Jeremy V. Richards (CA Bar No. 102300)
   Malhar S. Pagay (CA Bar No. 189289)
2  Scotta E. McFarland (CA Bar No. 165391)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5
   Attorneys for Thorpe Insulation Company, Debtor and
6  Debtor in Possession

7  John A Lapinski (CA Bar No. 71569)
   Leslie R. Horowitz (CA Bar No. 97630)
8  Stephen E. Hyam (CA Bar No. 198065)
   CLARK & TREVITHICK
9  800 Wilshire Blvd, Twelfth Floor
   Los Angeles, California 90017
10 Telephone: (213) 629 5700
   Facsimile:  (213) 624-9441
11
   Attorneys for Pacific Insulation Company,
12 Debtor and Debtor in Possession

13              UNITED STATES BANKRUPTCY COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                  LOS ANGELES DIVISION

16 In re                              Case No.: LA-07-19271-BB
                                      Chapter 11
17 THORPE INSULATION COMPANY,[1]      (Jointly Administered with
                                      Case No. 2:07-20016-BB
18              Debtor.

19                                    NOTICE OF HEARING ON FINAL
                                      APPLICATIONS OF PROFESSIONALS
20                                    FOR COMPENSATION AND
                                      REIMBURSEMENT OF EXPENSES
21
                                      Date:      January 26, 2011
22                                    Time:      2:00 pm
                                      Place:     Courtroom 1475
23                                               255 East Temple Street
                                               Los Angeles, CA 90012
24                                    Judge:     Honorable Sheri Bluebond

25

26

27 _____
   [1]   The Debtors are Thorpe Insulation Company, a California corporation, 5608 Bayshore Walk, Long Beach, CA 90803,
   Fed. Tax I.D. No. 95-1559386 (Main Debtor) and Pacific Insulation Company, a California Corporation, 2741 South
28 Yates Ave., Los Angeles, CA 90040, Fed. Tax. I.D. No. 95-4812741.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE SHERI BLUEBOND, THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held on January 26, 2011 at 2:00 p.m. in Courtroom 1475, 255 East Temple Street, Los Angeles, California, 90012 before the Honorable Sheri Bluebond for the Court to consider and act upon the final applications (the "Final Applications") of professionals employed in the above-captioned case (the "Estate Professionals") for final approval of compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications filed by the Estate Professionals identified below are on file with the Clerk of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012 and available for inspection during the Court's normal business hours and may also be obtained by a party in interest upon specific request to Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100, Telephone: 310/277-6910, Facsimile: 310/201-0760, Attention:  Jeremy V. Richards.

The compensation requested by Estate Professionals in the Final Applications is as follows:

(1)     Pachulski Stang Ziehl & Jones LLP ("PSZJ")

PSZJ, general bankruptcy counsel to Thorpe Insulation Company ("Thorpe"), is seeking, on an interim and final basis, approval of fees in the amount of $92,790.00 and reimbursement of expenses in the amount of $26,717.95 for the period July 1, 2010 through October 21, 2010.  PSZJ is further seeking final approval of fees in the amount of $3,567,168.50 and reimbursement of expenses in the amount of $346,865.87 for the period October 15, 2007 through October 21, 2010.

(2)    Clark & Trevithick ("C&T")

C&T, general bankruptcy counsel to Pacific Insulation Company ("Pacific"), is seeking, on an interim and final basis, approval of fees in the amount of $338,234.50 and reimbursement of expenses in the amount of $5,617.83 for the period July 1, 2010 through October 22, 2010.  C&T is further seeking final approval of fees in the amount of $2,448,463.25 and reimbursement of expenses in the amount of $76,163.99 for the period November 1, 2007 through October 22, 2010.

(3)    Caplin & Drysdale, Chtd. ("Caplin")

Caplin, national bankruptcy counsel to the Official Committee of Unsecured Creditors for Thorpe and Pacific, is seeking, on an interim and final basis, approval of fees in the amount of $90,238.00 and reimbursement of expenses in the amount of $2,845.88 for the period July 1, 2010 through October 22, 2010.  Caplin is further seeking final approval of fees and reimbursement of expenses in the amount of $1,229,684.50 and expenses in the amount of $58,007.77 for the period October 25, 2007 October 22, 2010.

(4)    Jones Day

Jones Day, co-counsel to the Official Committee of Unsecured Creditors for Thorpe and Pacific, is seeking, on an interim and final basis, approval of fees in the amount of $179,355.00 and reimbursement of expenses in the amount of $1,133.94 for the period July 1, 2010 through October 21, 2010.  Jones Day is further seeking final approval of fees and reimbursement of expenses in the amount of $823,637.50 and reimbursement of expenses in the amount of $13,474.14 for the period October 15, 2008 through October 21, 2010.

(5)    Honorable Charles B. Renfrew ("Judge Renfrew")

Judge Renfrew, futures representative to Thorpe and Pacific, is seeking, on an interim and final basis, approval of fees in the amount of $7,210.00 for the period July 1, 2010 through October 22, 2010.  Judge Renfrew is further seeking final approval of fees in the amount of $209,727.00 and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    reimbursement of expenses in the amount of $1,539.24 for the period October 16, 2007 through

2    October 22, 2010.

3        (6)    Gary S. Fegus ("Fergus")

4        Fergus, counsel to Judge Renfrew, is seeking, on an interim and final basis, approval of fees

5    in the amount of $366,928.00 and reimbursement of expenses in the amount of $4,245.44 for the

6    period July 1, 2010 through October 22, 2010. Fergus is further seeking final approval of fees in the

7    amount of $2,447,134.50 and reimbursement of expenses in the amount of $78,859.22 for the period

8    October 16, 2007 through October 22, 2010.

9

10       (7)    Hamilton, Rabinovitz & Associates ("HRA")

11       HRA, expert consultant to Judge Renfrew, is seeking, on an interim and final basis, approval

12   of fees in the amount of $15,632.50 for the period July 1, 2010 through October 22, 2010. HRA is

13   further seeking final approval of fees in the amount of $71,112.50 and reimbursement of expenses in

14   the amount of $319.99 for the period November 1, 2007 through October 22, 2007.

15

16       (8)    Moore Stephens Wurth Frazer and Torbet LLP ("MSWFT")

17       MSWFT, accountants for Thorpe and Pacific, is seeking, on an interim and final basis,

18   approval of fees in the amount of $7,150.00 for services rendered to Pacific for the period July 1,

19   2010 through September 30, 2010. MSWFT is further seeking final approval of fees in the amount

20   of $146,727.00 for services rendered to Thorpe and Pacific for the period October 15, 2007 through

21   September 30, 2010.

22

23       (9)    Klee, Tuchin, Bogdanoff & Stern LLP ("KTBS")

24       KTBS, special appellate counsel to Thorpe, is seeking, on an interim and final basis, approval

25   of fees in the amount of $926,260.00 and reimbursement of expenses in the amount of $26,856.52

26   for the period July 1, 2010 through October 22, 2010. KTBS is further seeking final approval of fees

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

in the amount of $5,213,537.00 and reimbursement of expenses in the amount of $223,597.25 for the period January 16, 2008 through October 22, 2010.

      (10)   Morgan, Lewis & Bockius LLP ("MLB")

      MLB, special insurance counsel to Thorpe, is seeking, on an interim and final basis, approval of fees in the amount of $3,834,776.53 and reimbursement of expenses in the amount of $5,722.06 for the period July 1, 2010 through October 22, 2010.  MLB is further seeking final approval of fees in the amount of $11,511,442.09 and reimbursement of expenses in the amount of $204,877.19 for the period October 15, 2007 through October 22, 2010.[2]

      (11)   Snyder Miller & Orton LLP ("SMO")

      SMO, special insurance co-counsel to Thorpe, is seeking, on an interim and final basis, approval of fees in the amount of $959,843.57 for the period July 1, 2010 through October 22, 2010. SMO is further seeking final approval of fees in the amount of $2,880,290.88 for the period October 15, 2007 through October 22, 2010.  No costs were advanced.

      (12)   Proskauer Rose LLP ("Proskauer")

      Proskauer, special tax counsel to Thorpe and Pacific, is seeking, on an interim and final basis, approval of fees in the amount of $17,416.00 for the period October 12, 2010 through October 21, 2010.  No costs were advanced.

---

[2]  Morgan Lewis was employed as special counsel on a contingency fee basis.  Under Morgan Lewis' contingency fee agreement, fees are due when recoveries are received from Thorpe's insurers.  During the course of these bankruptcy cases, the Debtor entered into settlement agreements with many of Thorpe's insurers that provide for deferred payments.  The fees set forth above were calculated based upon recoveries received between the date upon which Thorpe filed its chapter 11 petition (October 15, 2007) and the date upon which Thorpe's plan of reorganization (the "Plan") became effective (October 22, 2010).  Subsequent to the date that the Plan became effective, and prior to the date of this notice, the trust established under Thorpe's plan of reorganization (the "Trust") received total additional recoveries of $61,318,773.73, which entitled Morgan Lewis to additional fees totaling $7,358,252.85.  Pursuant to the terms of the Plan, the Trust has paid those fees in full.  In the event that the Court concludes that it ought to consider the allowance of those fees, Morgan Lewis' final fee application seeks the allowance of those fees as well as the fees and expenses described above.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2          (13)    Peitzman, Weg & Kempinsky LLP ("PWK")

3          PWK, attorneys for the Non-Debtor Fults Entities, including Farwest Insulation Contracting

4    ("Farwest"), is seeking allowance of an administrative expense claim in the amount of $394,348.92.[3]

5          (14)    Legal Analysis Systems, Inc.

6

7          Legal Analysis Systems, asbestos-related bodily injury consultants to the Creditors'

8    Committee for Thorpe and Pacific, is seeking, on a final basis, approval of fees in the amount of

9    $139,450.00 for the period January 1, 2008 through February 28, 2009.  No costs were advanced.

10          **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f),

11   any response or opposition must be in writing and filed with the Court and served upon the

12   appropriate Estate Professional (see addresses below) and undersigned counsel to the Debtors no

13   later than fourteen (14) days prior to the hearing date.  Pursuant to Local Bankruptcy Rule 9013-

14   1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent

15   to the approval of the Applications.

16

17          **ADDRESSES FOR ALL ESTATE PROFESSIONALS**

18

19   General Bankruptcy Counsel to Thorpe Insulation Company
     Pachulski Stang Ziehl & Jones LLP
20   10100 Santa Monica Blvd., 11th Floor
     Los Angeles, CA  90067-4100
21   Attn: Jeremy V. Richards, Esq.

22   General Bankruptcy Counsel to Pacific Insulation Company
     Clark & Trevithick
23   800 Wilshire Blvd., 12th Floor
     Los Angeles, CA 90017
24   Attn:  John A. Lapinski, Esq.

25

26

27   _____
     [3] Exhibit G to the Debtors' Fifth Amended Joint Plan of Reorganization provides for the request by Farwest for  payment
     of an administrative claim for substantial contribution pursuant to 503(b) for fees/expenses incurred by counsel in
28   connection with the  bankruptcy cases

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Bankruptcy Co-Counsel to Official Committee of Unsecured Creditors of</u>
<u>Thorpe Insulation Company  and Pacific Insulation Company</u>
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Attn:  Peter J. Benvenutti, Esq.

<u>National Bankruptcy Counsel to Official Committee of Unsecured Creditor of</u>
<u>Thorpe Insulation Company and Pacific Insulation Company</u>
Caplin & Drysdale, Chtd.
One Thomas Circle NW
Washington, DC 20005
Attn:  Peter Van N. Lockwood, Esq.

<u>Futures Representative</u>
Honorable Charles B. Renfrew
c/o Gary S. Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94105
Attn:  Gary S. Fergus

<u>Counsel to Futures Representative</u>
Gary S. Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94105
Attn:  Gary S. Fergus

<u>Consultant to Futures Representative</u>
Hamilton, Rubinovitz & Associates
c/o Gary S. Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94105
Attn:  Gary S. Fergus

<u>Accountants to Thorpe Insulation Company and Pacific Insulation Company</u>
Moore Stephens Wurth Frazer and Torbet, LLP
171 South Anita Drive, Suite 100
Orange, CA 92868-3307
Attn:  Louis Rendon

<u>Special Appellate Counsel to Thorpe Insulation Company</u>
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Attn:  David M. Guess, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Special Insurance Counsel to Thorpe Insulation Company
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Attn:  Richard W. Esterkin, Esq.

Special Insurance Co-Counsel to Thorpe Insulation Company
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Attn:  Luther Orton, Esq.

Special Tax Counsel to Thorpe Insulation Company and Pacific Insulation Company
Proskauer Rose LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Attn:  Mitchell Gaswirth

Counsel to Non-Debtor Fults Entities
Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Attn:  Lawrence Peitzman, Esq.

Asbestos-Related Bodily Injury Consultants to Thorpe Insulation Company and Pacific
Insulation Company
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360-2304
Attn:  Mark Peterson

Dated:  December 21, 2010              PACHULSKI STANG ZIEHL & JONES LLP

s                                     By:      /s/ Jeremy V. Richards
                                               Jeremy V. Richards
                                               Malhar S. Pagay
                                               Scotta E. McFarland
                                               Attorneys for Thorpe Insulation Company,
                                               Debtor and Debtor in Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON FINAL APPLICATIONS OF PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 21, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 21, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Hon. Sheri A. Bluebond
United States Bankruptcy Court
255 E. Temple St.
Los Angeles, CA 90012-3300

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


| December 21, 2010 | Megan Wilson | /s/ Megan Wilson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**</u>

- Lawrence Bass    lbass@faegre.com
- Peter Benvenutti    peter.benvenutti@hellerehrman.com,
  bstone@jonesday.com;gmoody@jonesday.com;pvnl@capdale.com
- Peter Benvenutti    pjbenvenutti@jonesday.com,
  bstone@jonesday.com;gmoody@jonesday.com;pvnl@capdale.com
- Steven H Bergman    sbergman@omm.com
- Brad Berish    bberish@ag-ltd.com
- Jaclyn A Blankenship    jblankenship@omm.com
- Christopher Celentino    ccelentino@duanemorris.com
- Louis J Cisz    lcisz@nixonpeabody.com
- Michaeline H Correa    mcorrea@jonesday.com
- Leslie Epley Davis    ldavis@crowell.com
- Richard W Esterkin    resterkin@morganlewis.com
- Gary S Fergus    gfergus@ferguslegal.com
- Matthew S Foy    mfoy@gordonrees.com
- Carl Grumer    cgrumer@manatt.com
- David Guess    dguess@ktbslaw.com
- Adam C Hackett    ahackett@tresslerllp.com, ocdocket@tresslerllp.com
- Geoffrey A Heaton    gheaton@duanemorris.com
- Matthew Heyn    mheyn@ktbslaw.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Leslie R Horowitz    lhorowitz@clarktrev.com
- James KT Hunter    jhunter@pszyjw.com
- Stephen E Hyam    shyam@clarktrev.com
- Jeff D Kahane    jkahane@duanemorris.com
- John A Lapinski    jlapinski@clarktrev.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Craig G Margulies    cmargulies@margulies-law.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- James S Monroe    jim@monroe-law.com
- Linda Bondi Morrison    lmorrison@tsmp.com
- Aron M Oliner    roliner@duanemorris.com
- Scott H Olson    solson@seyfarth.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Robert J Pfister    rpfister@ktbslaw.com
- Mark D Plevin    mplevin@crowell.com
- Richard F Rescho    kjauyoung@yahoo.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Karen Rinehart    krinehart@omm.com
- Nathan Q Rugg    nrugg@ag-ltd.com
- Abby Schwartz    aschwartz@omm.com
- Janet A Shapiro    shapirofirm@aol.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com
- Claire Shin    cshin@seyfarth.com, jreinglass@rutterhobbs.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Edward D Vaisbort    , melzer@litchfieldcavo.com
- Phillip K Wang    pwang@duanemorris.com
- Kimberly S Winick    kwinick@clarktrev.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Martin S Zohn    mzohn@proskauer.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

II. **SERVED BY U.S. MAIL**

**In re Thorpe Insulation Company
Case No.: 2:07-bk-19271-BB
File No.: 84264.001
2002 Service List**

Robert W. Fults
Thorpe Insulation Company
P.O. Box 351
Fullerton, CA  92836

Securities Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Charles J. Malaret
Richard Warren Esterkin
Michel Y. Horton
Morgan, Lewis & Bockius LLP
300 South Grand Ave, 22nd Flr
Los Angeles, CA  90071-3132

Jeffrey S. Raskin
Mitchell C. Lowe
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126

James L. Miller
Luther Kent Orton
Snyder Miller & Orton LLP
180 Montgomery Street, Suite 700
San Francisco, CA 94104

John A. Lapinski, Esq.
Leslie R. Horowitz, Esq.
Clark & Trevithick
800 Wilshire Blvd., Twelfth Floor
Los Angeles, CA  90017-2617

Farwest Insulation Contracting
c/o Lawrence Alan Peitzman
Peitzman Weg & Kempinsky LLP
10100 Santa Monica Blvd, Ste 1450
Los Angeles, CA 90067

Russell Clementson
Office of the United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street
San Francisco, CA  94105

Charlton Clemmer /c/o Alan Brayton, Esq.
Brayton Purcell LLP
222 Rush Landing Rd.
PO  Box 6169
Novato, CA  94945

Victor Medina, Sr./c/o Alan Brayton, Esq.
Brayton Purcell LLP
222 Rush Landing Rd.
PO  Box 6169
Novato, CA  94945

Susan Snyder/c/o David McClain, Esq.
Kazan, McClain, Abrams, Lyons, Farrise
171 12th Street, Suite 300
Oakland, CA  94607

John R. Miller
c/o David A. Rosen, Esq.
Rose Klein & Marias, LLP
801 South Grand Avenue, 11th Floor
Los Angeles, CA  90017

Paul Krause
c/o Jerry Paul, Esq.
Paul Hanley & Harley LLP
5716 Corsa Ave., Ste. 203
Westlake Village, CA  91362

James M. Baker
Peter A. Krause, Esq.
Waters & Kraus
3219 McKinney Avenue
Dallas, Texas 75204

Rachael Staniforth
c/o Steve Baron, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219

Tamara Merrill
c/o Ron C. Eddins, Esq.
Simon Eddins & Greenstone, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas  75204

Dan Kwelberg
c/o Jerry Paul, Esq.
Paul Hanley & Harley, LLP
5716 Corsa Avenue, Suite 203
Westlake Village, CA  91362

Kenneth Klee, Esq.
Thomas E. Patterson, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Garcia, Genaro Salvador
c/o Brayton Purcell LLP
222 Rush Landing Rd.
PO  Box 6169
Novato, CA  94948

David C. Christian II, Esq.
131 South Dearborn Street,
Suite 2400
Chicago, Illinois  60603-5577

Todd Jacobs, Esq.
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, Illinois  60606

Robert Binion
Rodney Eshelman
Carroll Burdick & McDonough LLP
44 Montgomery Street, Suite 400
San Francisco, CA  94104

Robert H. Berkes, Ronald R. Robinson
Berkes Crane Robinson & Seal LLP
515 South Figueroa Street, Ste 1500
Los Angeles, CA  90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

Janet A. Shapiro, Esq.
The Shapiro Law Firm
212 South Gale Drive
Beverly Hills, CA  90211

A.  Schwartz, Matthew Foy, Phillip Wang
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111

Charles E. Wheeler
Cozen O'Connor
501 West Boradway, Suite 1610
San Diego, CA  92101-3557

William P. Shelley
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103-3508

Steven P. Rice
Queena Hu
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614

Mark D. Plevin
Leslie A. Davis
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Edward D. Vaisbort
G. David Rubin
Litchfield Cavo LLP
245 S. Los Robles Avenue, Suite 450
Pasadena, CA  91101-3617

Thomas M. Crawford,
Kevin Titus, Katherine Lien
Litchfield Cavo LLP
303 West Madison, Suite 300
Chicago, Illinois  60606

Barry R. Ostrager
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017

Deborah L. Stein/Robert J. Pfister
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA  90067

Leonrd P. Goldberger
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103

Russell W. Roten
Duane Morris LLP
633 West Fifth Street, Suite 4600
Los Angeles, CA  90071

Attorneys for American Centennial
Insurance Company
Jeff D. Kahane
865 S. Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450

Max H. Stern
Philip R. Matthews
Duane Morris LLP
One Market Spear Tower, Suite 2000
San Francisco, CA  94105

Alan R. Brayton/Christina C. Skubic
Clemmer, Charlton
c/o Brayton Purcell LLP
222 Rush Landing Rd.
Novato, CA  94945

Legal Analysis Sysems, Inc.
970 Calle Arroyo
Thousand Oaks, CA  91360
Attn: Mark Peterson

Brad A. Berish
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard,
Suite 1050
Chicago, Illinois  60604

Katherine K. Liner
Adam Hackett
Tressler LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612

Ray L. Wong, Aron M. Oliner,
Geoffrey A. Heaton, Michael J. Dickman
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104

Peter J. Benvenutti, Esq.
Michaeline H. Correa, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Jeffrey Richmond
Heller Ehrman LLP
333 South Hope Street
Los Angeles, CA  90071

Peter Van N. Lockwood
Caplin & Drysdale
1 Thomas Circle N.W.
Washington, D.C. 20005

Gary S. Fergus
Fergus, A Law Firm
595 Market Street, Suite 2430
San Francisco, California 94105

Robert P. Kavanaugh
Queena C. Ho
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

Debra A. Dandeneau, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

Lawrence Bass
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

David C. Christian II, Esq.
Seyfarth Shaw LLP
131 South Dearborn St # 2400
Chicago, Illinois  60603-5577

Meryl R. Lieberman
Traub Lieberman Straus
Mid Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532

Kevin P. McNamara
Harrington Fox Dubrow & Canter
1055 W Seventh Street, 29th Floor
Los Angeles, CA 90017

Thomas Jensen, Ted Sullivan, William
Davidson, Laurie Meyer
Lind Jensen Sullivan & Peterson
150 South Fifth Street, Suite 1700
Minneapolis, MN  55402

William C. Morison-Knox;
Morison-Knox Holden
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596

Devin A. McRae
Dorsey & Whitney
1717 Embarcadero Road
Palo Alto, CA 94303

Bruce Winkelman
Craig & Winkelman
2001 Addison Street, Suite 300
Berkeley, CA 94704

Rolf Gilbertson
Zelle Hofmann Voelbel Mason & Gette
500 Washington Avenue South,
Suite 4000
Minneapolis, MN 55415

Holly S. Burgess
Selman Breitman LLP
550 W. C Street, Suite 1950
San Diego, CA 92101

Jeffrey Judd
O'Melveny & Myers LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111

Richard B. Goetz
Steven H. Bergman
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

Gregory T. LoCasale, Patricia B. Santelle,
Majorie A. Weiss
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103

Christopher Celentino
Duane Morris LLP
101 West Broadway, Ste. 5010
San Diego, CA  92101-8285

Ray Wong G. Heaton & Michael Dickman
Duane Morris LLP
One Market St.,
Spear Tower,  Suite 2000
San Francisco, CA 94105

Steven D. Allison
Dorsey & Whitney LLP
38 Technology Drive, Suite 100
Irvine, California 92618

Steven J. Helm
Dorsey & whitney llp
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Susan De la Cruz
Credit / Collection Manager
Con-way Freight
5555 Rufe Snow Dr Site#5515
North Richland Hills, TX 76180

Gust Rosenfeld P.L.C.
201 E. Washington, Ste. 800
Phoenix, AZ  85004-2327

The World Auxiliary Insurance Corp Ltd.
c/o Mr. Olivier Barrett
Resolute Management, Inc.
Birchin Court -- 20 Birchin Lane
London EC3V 9DU **United Kingdom**

Certain Underwriters at Lloyd's, London
c/o  Simon Wright, Esq.
Resolute Management Services Limited
33 St. Mary Axe
London EC3A 8LL **United Kingdom**

Charlston, Revich and Wollitz LLP
Ira Revich
1925 Century Park East, Suite 1250
Los Angeles, CA 90067-2746

Kenneth Klee/Thomas Patterson
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars 39th Floor
Los Angeles, CA  90067

Tancred V. Schiavoni
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

Attorneys for Maine Bonding Co.
Dennis J. Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, New York  10022-7001

Co-counsel for Argo Group US
Craig G. Margulies, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9013-3.1.PROOF.SERVICE**

David A. Fults
c/o Farwest Insulation Contracting
1375 South Acacia Avenue, Suite A
Fullerton, CA  92831

Eric W. Fults
c/o Farwest Insulation Contracting
1375 South Acacia Avenue, Suite A
Fullerton, CA  92831

Special Counsel to Thorpe Insulation Co
Law Office of Richard J. Hildebrandt
Richard J. Hildebrandt, Esq.
3533 Mulldae Avenue
San Pedro, CA 90732

Craig J. de Recat
Carl L. Grumer
Manatt, Phelps & Phillips, LLP
ll355 West Olympic Boulevard
Los Angeles, CA 90064-1614

Jaclyn Blankenship
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071

Mary Margaret Ryan on behalf of Creditor
Bishop Barry Howe Haney Ryder
Biship Barry Howe Haney & Ryder
2000 Powell St Ste 1425
Emeryville, CA 94608

Moore Stephens Wurth Frazer and Torbet
Attn:  Louis Rendon
171 South Anita Drive, Suite 100
Orange, CA 92868-3307

Hamilton, Rubinovitz & Associates
c/o Gary S. Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94105

Alan S. Berman
The Berman Law Group
21900 Burbank Boulevard. Suite 300
Woodland Hills, CA 91367

Attorneys for Creditors
Kazan, Mcclain, Lyons, Greenwood
& Harley and Brayton Purcell
Matthew J. Shier
Pinnacle Law Group LLP
425 California Street, Suite 1800

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                          **F 9013-3.1.PROOF.SERVICE**